CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

OCT - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| AMERIDREAM, INCORPORATED<br>200 Professional Drive, Suite 400<br>Gaithersburg, Maryland 20879 | )<br>)<br>) |
| Plaintiff<br>vs<br>ALPHONSO JACKSON, IN HIS CAPACITY AS<br>SECRETARY OF THE DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT<br>Defendant | Case: 1:07-cv-01752<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 10/1/2007<br>Description: Admn. Agency Review |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __AMERIDREAM, INCORPORATED__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AMERIDREAM, INCORPORATED__ which have any outstanding securities in the hands of the public:

AmeriDream is a 501(c)(3) charity. As such, no outstanding securities are in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

3863
_____
BAR IDENTIFICATION NO.

Lee T. Ellis, Jr.
_____
Print Name

1050 Connecticut Avenue, N.W., Suite 1100
_____
Address

Washington, DC 20036
_____
City          State          Zip Code

202-861-1500
_____
Phone Number

2