UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HON. ALPHONSO JACKSON<br>SECRETARY OF THE UNITED<br>STATES DEPARTMENT OF<br>HOUSING AND URBAN<br>DEVELOPMENT,<br><br>　　　　Defendant. | Civil Action No. 07-1752 (PLF) |

### MOTION FOR TEMPORARY RESTRAINING ORDER

Comes now the defendant and moves the Court for a temporary restraining order against the defendant; and as grounds therefor refers to the Memorandum of Points And Authorities attached hereto and made a part hereof.

WHEREFORE, plaintiff prays that the Motion be granted.

　　　　　　　　　　　　　　BAKER & HOSTETLER LLP


　　　　　　　　　　　　　　By: /s/ Lee T. Ellis, Jr.
　　　　　　　　　　　　　　　　Lee T. Ellis, Jr. (3863)
　　　　　　　　　　　　　　　　Washington Square, Suite 1100
　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　Tel:  202-861-1521
　　　　　　　　　　　　　　　　Fax:  202-861-1783
　　　　　　　　　　　　　　　　lellis@bakerlaw.com

　　　　　　　　　　　　　　Attorneys for Plaintiff

<u>LCvR 65.1(a) CERTIFICATE OF COUNSEL</u>

Pursuant to LCvR 65.1(a), I hereby certify (1) that actual notice of the time of making the application for a temporary restraining order, and copies of all pleadings and papers filed in the action to date or to be presented to the Court at the hearing, have been furnished to the adverse party defendant, and (2) that on October 9, 2007, I telephoned and advised by facsimile attorneys for the defendant, Daniel Van Horn, Esquire, Assistant United States Attorney, Office of the United States Attorney for the District of Columbia, Washington, D.C. and Robert M. Couch, Esquire, General Counsel, U.S. Department of Housing and Urban Development, Washington, D.C. that the Motion For Temporary Restraining Order and Motion For Preliminary Injunction would be filed with the Court this day. The contacts with these attorneys on October 9, 2007, were preceded with contacts with them concerning the case and the injunctive relief issue on October 2 and October 1, 2007, respectively.

/s/ Lee T. Ellis, Jr.

<u>REQUEST FOR ORAL HEARING</u>

Plaintiff respectfully requests an oral hearing.

/s/ Lee T. Ellis, Jr.

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2007, a copy of the foregoing Motion For Temporary Restraining Order with its accompanying Memorandum Of Points And Authorities were filed and served pursuant to the Court's electronic filing procedures using the Court's CM/ECF System, and copies were hand delivered to Rudolph Contreras, Esquire, Chief, Civil Division, United States Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20001; and Robert M. Couch, Esquire, General Counsel, Office of General Counsel, U.S. Department of Housing and Urban Development, 451 7th Street, S.W., Washington, D.C. 20410-0500.

/s/ Lee T. Ellis, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>HON. ALPHONSO JACKSON<br>SECRETARY OF THE UNITED<br>STATES DEPARTMENT OF<br>HOUSING AND URBAN<br>DEVELOPMENT,<br><br>      Defendant. | Civil Action No. 07-1752 (PLF) |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 65(b), Federal Rules of Civil Procedure.

2. LCvR 65.1 (a), including the Certificate of counsel pursuant to this Rule set forth on the face of the Motion.

3. The Motion For Preliminary Injunction, including the supporting Memorandum Of Points And Authorities and Affidavit, filed herein by the plaintiff.

                       Respectfully submitted,

                       BAKER & HOSTETLER LLP

                       By: /s/ Lee T. Ellis, Jr.
                            Lee T. Ellis, Jr. (3863)
                            Washington Square, Suite 1100
                            1050 Connecticut Avenue, N.W.
                            Washington, D.C.  20036
                            Tel:  202-861-1521
                            Fax:  202-861-1783
                            lellis@bakerlaw.com

                       Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HON. ALPHONSO JACKSON ) <br> SECRETARY OF THE UNITED ) <br> STATES DEPARTMENT OF ) <br> HOUSING AND URBAN ) <br> DEVELOPMENT, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1752 (PLF) |

TEMPORARY RESTRAINING ORDER

Upon consideration of the Motion For Temporary Restraining Order filed herein by plaintiff, pursuant to Rule 65(b), Federal Rules of Civil Procedure, the Memorandum Of Points And Authorities and accompanying Affidavit in support thereof, and any opposition thereto, and any oral argument thereon, it is by the Court this _____ day of October, 2007

ORDERED, that the Motion For Temporary Restraining Order be, and it is hereby, granted; and it is further

ORDERED, that the defendant is hereby enjoined from enforcing in any way the regulations published at 72 Fed. Reg. 56002-56007 (October 1, 2007). This Temporary Restraining Order shall expire ten days after entry unless the Court orders otherwise, and it is further

ORDERED, that oral hearing on plaintiff's Motion For Preliminary Injunction will be held at _____ on October \_\_\_\_\_, 2007.

_____
JUDGE

Copies To:

Lee T. Ellis, Jr., Esq.
Baker & Hostetler LLP
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036

Rudolph Contreras, Esq.
Chief, Civil Division
United States Attorney for the
    District of Columbia
555 - 4th Street, N.W.
Washington, D.C.  20001

Robert M. Couch, Esq.
General Counsel
Office of General Counsel
U.S. Department of Housing and
    Urban Development
451 - 7th Street, S.W.
Washington, D.C.  20410-0500