UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, )<br><br>Plaintiff, )<br><br>v. )<br><br>HON. ALPHONSO JACKSON<br>SECRETARY OF THE UNITED<br>STATES DEPARTMENT OF<br>HOUSING AND URBAN<br>DEVELOPMENT, )<br><br>Defendant. ) | Civil Action No. 07-1752 (PLF) |

JOINT STATUS REPORT

As directed by the Court, counsel for the parties met by telephone and propose the following schedule to the Court.  The defendant will file any opposition to the pending Motion For Preliminary Injunction and Motion For Temporary Restraining Order on or before October 19, 2007.  The plaintiff will file any reply to the defendant's Opposition on or before October 23, 2007.  If the Court decides to hold a hearing on the Motions, the Motions will be heard at a single hearing by the Court at a date and time set by the Court, October 24 to October 30, 2007.  The parties understand that the Court does not expect to receive testimony at a hearing.  See LCvR 65.1(c).

BAKER & HOSTETLER LLP


By: /s/ Lee T. Ellis, Jr.
    Lee T. Ellis, Jr. (3863)
    Washington Square, Suite 1100
    1050 Connecticut Avenue, N.W.
    Washington, D.C.  20036
    Tel:  202-861-1521
    Fax:  202-861-1783
    lellis@bakerlaw.com

Attorneys for Plaintiff

By: /s/ Robert J. Katerberg
    Robert J. Katerberg
    U.S. Department of Justice
    Civil Division
    Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Washington, D.C.  20530
    Tel:  202-616-8298
    Fax:  202-616-8460
    Robert.Katerberg@usdoj.gov

Attorneys for Defendant