AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AMERIDREAM INCORPORATED

**SUMMONS IN A CIVIL CASE**

V.

ALPHONSO JACKSON, IN HIS CAPACITY
AS SECRETARY OF THE DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT

CASE N

Case: 1:07-cv-01752
Assigned To : Friedman, Paul L.
Assign. Date : 10/1/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Peter D. Keisler
Acting Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
202-514-2000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lee T. Ellis, Jr.
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W., Suite 1100
Washington, DC 20036
202-861-1500

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          OCT - 1 2007

CLERK                             DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ameridream, Incorporated

vs.

Hon. Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development

No. 1:07-CV-01752 PLF

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint for Declaratory and Injunctive Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:13 am on October 2, 2007, I served Peter D. Keisler, Acting Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Willo T. Lee, Mailroom Clerk, authorized to accept. Described herein:

```
    SEX -   FEMALE
    AGE -   68
 HEIGHT -   5'8'
   HAIR -   BLACK
 WEIGHT -   170
   RACE -   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10-3-07
                Date

_Wesley Jennings_
WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195126