IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1752 (PLF) |
| ) | |
| HON. ALPHONSO JACKSON ) | |
| SECRETARY OF THE UNITED ) | |
| STATES DEPARTMENT OF ) | |
| HOUSING AND URBAN ) | |
| DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, trial attorneys Michael Sitcov, Robert J. Katerberg, Christopher Hall, and Scott Risner of the United States Department of Justice, Civil Division, Federal Programs Branch, enter their appearance as counsel on behalf of Defendant Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development, in the above-captioned case. The telephone and facsimile numbers and electronic mail addresses of counsel are listed below:

        Michael Sitcov
        (202) 514-1944 (tel)
        (202) 616-8460 (fax)
        Michael.Sitcov@usdoj.gov

        Robert J. Katerberg
        (202) 616-8298 (tel)
        (202) 616-8460 (fax)
        Robert.Katerberg@usdoj.gov

        Christopher Hall
        (202) 514-4778 (tel)
        (202) 616-8470 (fax)
        Christopher.Hall@usdoj.gov

        Scott Risner
        (202) 514-2395 (tel)
        (202) 616-8470 (fax)
        Scott.Risner@usdoj.gov

Dated: October 11, 2007        Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                            */s/ Christopher R. Hall*
                                            MICHAEL SITCOV
                                            CHRISTOPHER HALL
                                            ROBERT J. KATERBERG
                                            SCOTT RISNER
                                            Trial Attorneys
                                            United States Department of Justice
                                            20 Massachusetts Avenue, N.W.
                                            Washington, D.C. 20530
                                            Telephone: (202) 514-4778
                                            Fax: (202) 616-8470