UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HON. ALPHONSO JACKSON ) <br> SECRETARY OF THE UNITED ) <br> STATES DEPARTMENT OF ) <br> HOUSING AND URBAN ) <br> DEVELOPMENT, ) <br> ) <br> Defendant. ) | Civil Action No. 07-1752 (PLF) |

**STIPULATION AND ORDER**

WHEREAS Plaintiff AmeriDream, Incorporated filed this action on October 1, 2007 seeking judicial review of a recently issued final rule promulgated by the Department of Housing and Urban Development ("HUD"), Standards for Mortgagor's Investment in Mortgaged Property, 72 Fed. Reg. 56,002 (Oct. 1, 2007) ("Final Rule");

WHEREAS the effective date of the Final Rule is October 31, 2007;

WHEREAS Plaintiff on October 9 and 10, 2007, filed motions for temporary restraining order and a preliminary injunction seeking to enjoin HUD from enforcing the Final Rule during the pendency of this action;

WHEREAS Plaintiff has requested that HUD voluntarily agree to a temporary stay of the effectiveness of the Final Rule in order to avoid burdening the Court with the motions for preliminary injunctive relief, to facilitate briefing on an orderly schedule, and to provide the Court with ample time to consider the merits of this important dispute; and

WHEREAS in consideration of the foregoing interests and Plaintiff's agreement to the

briefing schedule set out herein, HUD has agreed voluntarily to stay the effectiveness of the Final Rule, as to AmeriDream only, until February 29, 2008;

The parties hereby stipulate and agree as follows:

1. Plaintiff hereby withdraws the Motion for Preliminary Injunction and Motion for Temporary Restraining Order filed on October 9 and 10, 2007. As a result of the withdrawal of those motions, the briefing schedule set out in the Joint Status Report filed by the parties on October 11, 2007 is no longer operative.

2. The parties agree to the following briefing schedule for resolution of this matter on the merits:

    a. By October 26, 2007, Defendant will file the Administrative Record.

    b. On November 16, 2007, the parties will file simultaneous cross-motions for summary judgment.

    c. On December 7, 2007, the parties will file simultaneous oppositions to their opponents' motions for summary judgment.

    d. No reply briefs will be filed.

3. The parties respectfully request that the Court endeavor to issue a decision on the merits of Plaintiff's challenge to the Final Rule by the February 29, 2008 expiration of the agreed-upon stay.

Dated: October 19, 2007                              Respectfully submitted,

                                                          PETER D. KEISLER
                                                          Assistant Attorney General

                                                          [*signature block continued on next page*]

    /s/ Robert J. Katerberg\
MICHAEL SITCOV\
CHRISTOPHER HALL\
ROBERT J. KATERBERG (D.C. Bar 466325)\
SCOTT RISNER\
United States Department of Justice\
20 Massachusetts Avenue, N.W.\
Washington, D.C. 20530\
Telephone: (202) 616-8298\
Fax: (202) 616-8460\
Robert.Katerberg@usdoj.gov

Attorneys for Defendant

    /s/ Lee T. Ellis\
LEE T. ELLIS, JR. (3863)\
Baker & Hostetler LLP\
Washington Square, Suite 1100\
1050 Connecticut Avenue, N.W.\
Washington, D.C. 20036\
Telephone: (202) 861-1521\
Fax: (202) 861-1783\
lellis@bakerlaw.com

Attorneys for Plaintiff

IT IS SO ORDERED.

_____    Dated: _____, 2007\
PAUL L. FRIEDMAN\
United States District Judge