UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERIDREAM, INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1752 (PLF) |
| HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR EMERGENCY HEARING ON THE GENESIS FOUNDATION'S AND HOME DOWNPAYMENT GIFT FOUNDATION'S MOTION TO INTERVENE**

The Genesis Foundation ("Genesis") and the Home Downpayment Gift Foundation ("HDGF") respectfully move the Court to grant an emergency hearing on their Motion to Intervene, filed this morning, October 22, 2007. HUD unreasonably refuses to deal with Genesis and HDGF because they are not yet parties to this action, despite the fact that Genesis and HDGF are otherwise identically situated to AmeriDream, a competitor to whom HUD promised not to enforce its Regulation prohibiting seller-funded downpayment assistance ("SFDPA"). HUD has also agreed to grant a similar extension to the Nehemiah Foundation, also a competitor. HUD's differential treatment of identically situated entities has no rational basis and serves only to create an unfair competitive advantage for AmeriDream and Nehemiah.

Genesis and HDGF seek only equal treatment. In the absence of HUD's unreasonable differential treatment, the Regulation stands to put Genesis and HDGF out of business by abolishing SFDPA on October 31, 2007. Now that HUD has publicly granted

-2-

extensions to AmeriDream and Nehemiah, however – and not to identically situated organizations like Genesis and HDGF – HUD's actions are depleting Genesis's and HDGF's business right now.  Genesis and HDGF are presently being irreparably harmed by HUD's actions premised on the fact that they are not yet parties here.  Because of HUD's untenable position, Genesis and HDGF need direction from this Court as soon as possible.

WHEREFORE, Genesis and HDGF respectfully request that the Court hold a hearing on their Motion to Intervene as soon as possible.

Respectfully submitted this 22nd day of October, 2007.

/s/ Frank S. Swain
Frank S. Swain, #427792
Baker & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC  20005
Telephone  202.312.7440
Facsimile  202.312.7460
frank.swain@bakerd.com

Attorneys for Genesis Foundation and Home Downpayment Gift Foundation

-3-

## CERTIFICATE OF SERVICE

I certify that on October 22, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Lee T. Ellis, Jr.
>Baker & Hostetler LLP
>Washington Square, Suite 1100
>1050 Connecticut Avenue, N.W.
>Washington, DC  20036
>
>Christopher R. Hall
>U.S. Department of Justice
>20 Massachusetts Avenue, NW
>Room 7224
>Washington, DC  20530

>/s/ Frank S. Swain

BDDB01 4920870v1