**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERIDREAM, INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HON. ALPHONSO JACKSON ) <br> SECRETARY OF THE UNITED ) <br> STATES DEPARTMENT OF ) <br> HOUSING AND URBAN ) <br> DEVELOPMENT, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-CV-1752 (PLF) |

**NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE**

Defendant does not oppose the Motion to Intervene [Docket No. 12] filed by the Genesis Foundation and the Home Downpayment Gift Foundation.

Dated: October 23, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

 /s/ Scott Risner
MICHAEL SITCOV
TAMARA ULRICH
CHRISTOPHER HALL
ROBERT J. KATERBERG
SCOTT RISNER
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530

Tel: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Counsel for Defendant