UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1752 (PLF) |
| | ) |
| HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EMERGENCY HEARING ON THE
PARTNERS IN CHARITY INC.'S, FUTURES HOME ASSISTANCE
PROGRAM'S AND SOVEREIGN GRANT ALLIANCE'S
MOTION TO INTERVENE**

NOW COME Partners in Charity, Inc. ("PIC"), Futures Home Assistance Program ("FHAP"), and Sovereign Grant Alliance ("Sovereign Grants") by and through their counsel, and hereby move this Honorable Court to grant an emergency hearing on their Motion to Intervene, filed this evening, October 23, 2007. In support thereof, PIC, FHAP and Sovereign Grants state as follows.

HUD unreasonably refuses to deal with entities such as PIC, FHAP and Sovereign Grants because they are not yet parties to this action, despite the fact that PIC, FHAP and Sovereign Grants are otherwise identically situated to AmeriDream, a competitor to whom HUD promised not to enforce its regulation prohibiting seller-funded downpayment assistance ("SFDPA"). HUD has also agreed to grant a similar extension to the Nehemiah Foundation, also a competitor. HUD's differential treatment of identically situated entities has no rational basis and serves only to create an unfair

competitive advantage for AmeriDream and Nehemiah. PIC, FHAP and Sovereign Grants seek only equal treatment. In the absence of HUD's unreasonable differential treatment, the Regulation stands to put PIC, FHAP and Sovereign Grants out of business by abolishing SFDPA on October 31, 2007. Now that HUD has publicly granted extensions to AmeriDream and Nehemiah, however, and not to identically situated organizations like PIC, FHAP and Sovereign Grants, HUD's actions are depleting PIC, FHAP and Sovereign Grants business right now. PIC, FHAP and Sovereign Grants are presently being irreparably harmed by HUD's actions premised on the fact that they are not yet parties here. Because of HUD's untenable position, PIC, FHAP and Sovereign Grants need direction from this Court as soon as possible.

WHEREFORE, PIC, FHAP and Sovereign Grants respectfully request that the Court hold a hearing on their Motion to Intervene as soon as possible.

Respectfully submitted this ___ day of October, 2007.

       /s/ David C. Merkin
David C. Merkin
DC Bar No. 435330
McMillan Metro, P.C.
1901 Research Blvd., Suite 500
Rockville, MD 20850
Tel. (301) 251-1180
Fax (301) 251-0447
dmerkin@mcmillanmetro.com
Attorneys for Partners in Charity, Inc. and Future Home Assistance Program and Sovereign Grant Alliance

## CERTIFICATE. OF SERVICE

I certify that on October __, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of

the Court's electronic filing system. Parties may access this filing through the Court's system.

        Lee T. Ellis, Jr.
        Baker & Hostetler LLP
        Washington Square, Suite 1100
        1050 Connecticut Avenue, N.W.
        Washington, DC 20036
        lellis@bakerlaw.com

        Daniel Van Horn
        Assistant United States Attorney for the District of Columbia
        555 4th Street, N.W,
        Washington, DC 20001

        Robert M. Couch
        General Counsel
        Office of General Counsel
        U.S. Department of Housing and Urban Development
        451 7th Street, SW.
        Washington, DC 20410-0500

        Frank S. Swain
        Bakers & Daniels LLP
        805 15th Street NW, Suite 700
        Washington, DC 20005
        fsswain@bakerd.com

_____/s/ David C. Merkin_____