**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AMERIDREAM INCORPORATED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1752 (PLF)** |
| | ) | |
| **HON. ALPHONSO JACKSON** | ) | |
| **SECRETARY OF THE UNITED** | ) | |
| **STATES DEPARTMENT OF** | ) | |
| **HOUSING AND URBAN** | ) | |
| **DEVELOPMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM**
**AND SOVEREIGN GRANT ALLIANCE**
**MOTION FOR A PRELIMINARY INJUNCTION**</u>

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Partners in Charity, Inc. ("PIC"), Futures Home Assistance Program ("FHAP"), and Sovereign Grant Alliance ("Sovereign Grants"), by and through their counsel, respectfully move for a preliminary injunction preventing the United States Department of Housing and Urban Development ("HUD") from enforcing the "Standards for Mortgagor's Investment in Mortgaged Property" ("the Regulation"), published in the Federal Register on October 1, 2007. In support of this motion, PIC, FHAP and Sovereign Grants rely on FRCP 65(a), LCvR 65.1(a), the attached Affidavits, and their Memorandum of Points and Authorities, attached to this motion.

WHEREFORE, PIC, FHAP and Sovereign Grants respectfully request that the Court grant this motion, enter a preliminary injunction barring HUD's enforcement of the Regulation, and provide all other appropriate relief.

Respectfully submitted this 26th day of October, 2007.

/s/  David C. Merkin

David C. Merkin
DC Bar No. 435330
McMillan Metro, P.C.
1901 Research Blvd., Suite 500
Rockville, MD 20850
Tel. (301) 251-1180
Fax (301) 251-0447
dmerkin@mcmillanmetro.com
Attorneys for Partners in Charity, Inc. and
Future Home Assistance Program and
Sovereign Grant Alliance

## CERTIFICATE. OF SERVICE

I certify that on October 26, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lee T. Ellis, Jr.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Christopher Hall
Assistant United States Attorney for the District of
Columbia
555 4th Street, N.W,
Washington, DC 20001

Robert M. Couch
General Counsel
Office of General Counsel
U.S. Department of Housing and Urban Development
451 7th Street, SW.
Washington, DC 20410-0500

Frank S. Swain
Bakers & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC 20005


_____ /s/ David C. Merkin _____

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AMERIDREAM INCORPORATED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-1752 (PLF)** |
| | ) | |
| **HON. ALPHONSO JACKSON** | ) | |
| **SECRETARY OF THE UNITED** | ) | |
| **STATES DEPARTMENT OF** | ) | |
| **HOUSING AND URBAN** | ) | |
| **DEVELOPMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM**
**AND SOVEREIGN GRANT ALLIANCE**
**MEMORANDUM OF POINTS AND AUTHORITIES**

Partners in Charity, Inc. ("PIC"), Futures Home Assistance Program ("FHAP"), and Sovereign Grant Alliance ("Sovereign"), by and through their counsel, request that this Court grant their Motion for Preliminary Injunction staying enforcement of HUD's Regulation (to be codified at 24 C.F.R. pt. 203). In issuing this Regulation, HUD abruptly reversed a decade-old policy of approving and facilitating seller-funded downpayment assistance ("SFDPA") programs without explaining or even acknowledging its departure from this history, without addressing alternative proposals, and without producing for public comment data and analysis that it substantially relied upon to justify its action.

Moreover, prior to even issuing the Regulation, HUD made a separate agreement with a faith based SFDPA provider -- the Nememiah Foundation ("Nehemiah") and granted them a six-month extension of the Regulation's enforcement. Then, in this litigation, HUD granted a similar reprieve to AmeriDream (also an SFDPA provider). HUD made the side deals with these companies without a rational basis for distinguishing those entities from all other similarly situated and contrary to previous written assurance. Simply put, the Regulation is the product of a rush to judgment, reflected by HUD's numerous violations of the Administrative Procedure Act and revealed in HUD Secretary Alphonso Jackson's public statements during the comment process that HUD would shut down SFDPA providers regardless of what the public had to say. Further, HUD as late as October 25, 2007 has issued a directive in regards to the "Downpayment Assistance Rule", a copy of which is attached as Exhibit 1, whereby it has notified all FHA Lenders that only Nehemiah and AmeriDream will be allowed relief from enforcement of this Rule. This certainly creates selective enforcement.

In light of these clear violations of the Administrative Procedure Act, together with HUD's disparate treatment of identically situated entities without a rational reason that furthers a legitimate legislative interest, PIC, FHAP and Sovereign are likely to succeed on the merits of their claims. Because the Regulation will cause -- and HUD's present actions are currently causing -- irreparable harm to PIC, FHAP and Sovereign, all others similarly situated, and the public's interest; and because HUD's own actions demonstrate that it will not be harmed by delayed enforcement of the Regulation, this Court should grant preliminary injunctive relief.

**ARGUMENT**

PIC, FHAP and Sovereign, with its contention that it is similarly situated with the other Plaintiffs in this matter, and with the short timeframe allowed by the Court to file this Motion, has decided to adopt and incorporate by reference the arguments set forth by AmeriDream, Incorporated, the Genesis Foundation and the Home Downpayment Gift Foundation in their memoranda of points and authorities, in support of their respective motions for preliminary injunction herein. PIC, FHAP and Sovereign also intend to rely on the submitted exhibits and affidavits attached by AmeriDream, the Genesis Foundation and the Home Downpayment Gift Foundation to their respective motions.

PIC, FHAP and Sovereign Grants will address a few of the issues touched on in the respective motions and  have attached several Affidavits to this Motion in support of their position that there is an immediate need for this Court to grant the Preliminary Injunction due to the disparate treatment being given between the parties.

### 1.    PIC, FHAP and Sovereign request a preliminary injunction.

PIC's, FHAP's and Sovereign's request for a preliminary injunction turns on (1) whether they will suffer irreparable injury if an injunction is denied; (2) whether their claims have a reasonable likelihood of success on the merits; (3) whether an injunction would substantially injure other interested parties; and (4) whether the grant of an injunction would further the public interest.  *Al-Fayed v. CIA*, 254 F.3d 300, 303 (D.C. Cir. 2001).  "These factors interrelate on a sliding scale and must be balanced against each other." *Serono Labs., Inc. v. Shalala*, 158 F.3d 1313, 1318 (D.C. Cir. 1998).  "If the

arguments for one factor are particularly strong, an injunction may issue even if the arguments in other areas are rather weak." *Shalala*, 158 F.3d 1318 (*citing*, *CityFed Fin. Corp. v. Office of Thrift Supervision*, 58 F.3d 738, 746 (D.C. Cir. 1995)).

When the balance of hardships tips decidedly toward the movant, it will "'ordinarily be enough that the Plaintiff has raised questions going to the merits so serious, substantial, difficult and doubtful, as to make them a fair ground for litigation and thus for more deliberative investigation.'" *Wash. Metro. Area Transit Comm'n v. Holiday Tours, Inc.*, 559 F.2d 841, 844 (D.C. Cir. 1977) (quoting *Hamilton Watch Co. v. Benrus Watch Co.*, 206 F.2d 738, 740 (2d Cir. 1953)). "An order maintaining the status quo is appropriate when a serious legal question is presented, when little if any harm will befall other interested persons or the public and when denial of the order would inflict irreparable injury on the movant." *Id*. at 844.

HUD's Regulation prohibits the use of SFDPA. PIC, FHAP and Sovereign rely entirely on seller contributions to keep their organizations alive. In the absence of HUD's unreasonable differential treatment, the Regulation stands to put PIC, FHAP and Sovereign out of business by abolishing SFDPA on October 31, 2007. Now that HUD has publicly granted extensions to AmeriDream and Nehemiah, however -- and not to other identically situated organizations like PIC, FHAP and Sovereign -- HUD's actions are destroying PIC's, FHAP's and Sovereign's business right now. HUD's differential treatment of identically situated entities has no rational basis and serves only to create an unfair competitive advantage for those fortunate enough to receive the

benefit of it.[1]    HUD's unreasonable behavior is presently destroying the business of PIC, FHAP and Sovereign.

The affidavit of Charles Konkus, the President and Executive Director of Partners in Charity, Inc. and Futures Home Assistance Program, is attached hereto and incorporated herein as Exhibit 2.  The affidavit demonstrates the severe economic impact the regulation will have on thousands of homebuyers, many of them first time homebuyers.  It will effectively lock them out from home ownership at a  time when the housing industry so desperately needs them.  In addition, the immediate economic impact on  PIC, FHAP and Sovereign will be severe and permanent if this injunction is not granted.  If this injunction is not granted, PIC, FHAP and Sovereign will likely be out of business in the near future and many employees will lose their jobs.  Exhibit 2, *supra;* Affidavit of Michael Whipple, attached hereto and incorporated in as Exhibit 3.

The destruction of an on-going business constitutes irreparable harm. *Washington Metro. Area Trans. Comm. v. Holiday Tours, Inc.*, 559 F.2d 841, 843 (D.C. Cir. 1977) (stating that Holiday Tours had "clearly" shown irreparable harm where "[t]he harm to Holiday Tours in the absence of a stay would be its destruction in its current form as a provider of bus tours").  Other courts agree that "[w]here the result of denying

---

[1]     "Indeed, it seems that HUD is intent on *hastening* the demise of all SFDPA providers other than AmeriDream and Nehemiah.  Shortly after yesterday's hearing at which the Court set a schedule for addressing the intervenors' requests for equal treatment via motions for a preliminary injunction, HUD sent an e-mail to the industry (*See copy attached at Appendix p. __*) advising that (1) Nehemiah "is granted relief from the effective date of the rule until April 1, 2008" and (2) "HUD has agreed to grant the AmeriDream Downpayments Assistance Program relief from the effective date of the rule until February 29, 2008," but (3) "*All other similar* downpayment assistance providers have not been granted relief from the effective date of the rule, which is October 31, 2007."  Such treatment from a federal agency is not merely irrational; it is outrageous.

8

injunctive relief would be the destruction of an on-going business, such a result generally constitutes irreparable injury." *Canterbury Career School, Inc. v. Riley*, 833 F.Supp. 1097, 1105 (D. N.J. 1993). This Court likewise has held that the irreparable harm requirement was satisfied where denial of an injunction would have cut off income from student financial aid programs necessary to continue operating a school. *Ross University School of Medicine, School of Veterinary Medicine (St. Kitts) Ltd. v. Cavazos*, 716 F.Supp. 638, 644 (D. D.C. 1989).

As is demonstrated through the numerous affidavits from those in the industry who had been doing business with PIC, FHAP and Sovereign (attached hereto and incorporated herein as Exhibit 4), the enforcement of this rule as against them while selectively and impermissibly permitting other companies to engage in the exact same business would be fatal to PIC's, FHAP's and Sovereign's businesses. Such action would demonstrate government intervention into private business in the most wrongful way imaginable: Selectively deciding which companies can receive an economic windfall at the expense of other companies is completely unfair. Especially when the arbiter of which companies should live and which shall die makes such decision with no rational basis to distinguish between those companies, such actions should not be permitted. The injunction should be entered as quickly as possible to stop the destruction of the companies which HUD did not decide to favor.

From January through September of this year alone, PIC, FHAP and Sovereign, have helped thousands of families become homeowners – a majority of them for the first time. Attached hereto and incorporated herein as Exhibits 5 through 28, please find several documents highlighting the important work that each of the

organizations has performed for low and moderate income families. The sales to such families represent over millions of dollars in equity for homeowners. But the benefits that these organizations provide do not stop with downpayment assistance. Rather, they include important ancillary services such as pre-homebuyer education, job loss insurance, and early delinquency counseling. For example, PIC provided pre-homebuyer education to more than 1,000 individuals and families this year to help them understand and manage the financial obligations associated with the significant, life-changing event of home ownership.

This Court should bar HUD's enforcement of the Regulation to ensure that PIC, FHAP and Sovereign, and the public they serve, do not suffer irreparable harm as a result of a sham rulemaking process intended to deflect blame for a depressed housing market away from the government. The government will undoubtedly claim that the Regulation is in the public's interest. But HUD's longstanding acceptance of this practice belies its claim. Further, HUD's own actions demonstrate that any claim of harm to the public is without merit.

> **2.** **HUD's rulemaking was predisposed in violation of the act as opposed to its efforts in 1999.**

On September 14, 1999, HUD first published proposed rules to change the standards that allow SFDPA. During the two month comment period, HUD received 1,871 comments, of which only 21 favored the proposed rule. The overwhelming majority of comments opposed the rule. A copy of the Federal Register is attached and incorporated as Exhibit 3 from January 12, 2001, 24 CFR Part 203, whereby based on the public comments, HUD withdrew the proposed rule on sources of homeowner's

10

downpayment.  This is what happens when HUD actually listens to comments rather than having the predisposed position as is discussed in the brief.

Instead in the instant case, HUD proposed the new rule in May, 2007.  There were over 14,000 negative comments to the proposed rule. The statements made by HUD Secretary Alphonso Jackson, during the pendency of the challenged rulemaking, establish beyond doubt that HUD was not going to be swayed by the comment process, and would reach exactly the conclusion it did: adoption of the proposed rule.  On June 5, 2007, Bloomberg News reported that the Secretary stated that HUD would ban SFDPA programs over objections from nonprofit groups, that he was very much against such programs, and that HUD would adopt the Regulation regardless of any public comments. These statements amply satisfy the "clear and convincing showing" of agency prejudgment.  First, the statements not only express the Secretary's strong opposition to SFDPA programs, but they convey, in explicit terms, HUD's intention to approve the proposal to abolish SFDPA programs by year-end even if the agency received critical comments.  Second, the Secretary's comments were made during the very period in which HUD's proposal was out for public comment and agency decision-makers were required to exercise an open mind.

Under these circumstances, HUD's rule violates due process and cannot stand. *See Int'l Snowmobile Mfrs. Ass'n v. Norton*, 340 F.Supp.2d 1249, 1261 (D. Wyo. 2004) ("definite" statements by Assistant Secretary during the administrative process show that the National Park Service had already reached a prejudged political conclusion).

**CONCLUSION**

The balance of harms to all interested parties strongly favors injunctive relief.  There is no imminent danger that either the government's or the public's interest will be harmed while this case is litigated and given the in-depth consideration it deserves.  The only imminent danger is of the harm already upon PIC, FHAP and Sovereign, and all similarly situated organizations.  HUD's improper actions here with respect to this Regulation raise questions "so serious, substantial, difficult and doubtful, as to make them a fair ground for litigation and thus for more deliberative investigation." *Ramirez v. U.S. Customs and Border Protection*, 477 F.Supp.2d 150, 157 (D. D.C. 2007). This Court should grant a preliminary injunction to prevent irreparable harm to PIC, FHAP and Sovereign, all similarly situated parties, and the public and allow a full and complete opportunity to litigate the issues raised in PIC's, FHAP's and Sovereign's complaint.

Respectfully submitted this 26th day of October, 2007.

                              /s/  David C. Merkin
                         David C. Merkin
                         DC Bar No. 435330
                         McMillan Metro, P.C.
                         1901 Research Blvd., Suite 500
                         Rockville, MD 20850
                         Tel. (301) 251-1180
                         Fax (301) 251-0447
                         dmerkin@mcmillanmetro.com
                         Attorneys for Partners in Charity, Inc. and
                         Future Home Assistance Program and
                         Sovereign Grant Alliance

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————

|  |  |  |
|---|---|---|
| AMERIDREAM, INCORPORATED, | ) | |
| THE GENESIS FOUNDATION, | ) | |
| HOME DOWNPAYMENT GIFT | ) | |
| FOUNDATION, THE SOVEREIGN | ) | |
| GRANT ALLIANCE, THE FUTURE | ) | |
| HOME ASSISTANCE PROGRAM, and | ) | |
| PARTNERS IN CHARITY, INC. | ) | |
|  | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 07-1752 (PLF) |
|  | ) | |
| HON. ALPHONSO JACKSON | ) | |
| SECRETARY OF THE UNITED | ) | |
| STATES DEPARTMENT OF | ) | |
| HOUSING AND URBAN | ) | |
| DEVELOPMENT, | ) | |
|  | ) | |
| Defendant. | ) | |

—————————————————————

**FINDINGS OF FACT, CONCLUSIONS OF LAW
AND ENTRY OF PRELIMINARY INJUNCTION**

This matter came before the Court for hearing on October 30, 2007, on the motion

of the Genesis Foundation, the Home Downpayment Gift Foundation, the Sovereign Grant

Alliance, the Future Home Assistance Program, and Partners In Charity, Inc. ("the Movants") for

a preliminary injunction barring the United States Department of Housing and Urban

Development ("HUD") from enforcing the "Standards for Mortgagor's Investment in Mortgaged

Property" ("the Regulation"), published in the Federal Register on October 1, 2007, and

scheduled to take effect on October 31, 2007.  Having considered the parties' briefs, the evidence

submitted in support of and in opposition to the motion, and the arguments of counsel, the Court

now enters its findings of fact and conclusions of law on the matter.

## Findings of Fact

1. HUD's Regulation will put seller-funded downpayment assistance ("SFDPA") programs out of business upon its implementation.

2. HUD has agreed to extend the effective date of the Regulation only as to two SFDPA providers, the Nehemiah Foundation and AmeriDream, Inc (a plaintiff in this action). The Movants are similarly situated SFDPA providers.

3. The Movants have demonstrated that they will suffer and are currently suffering irreparable harm by the pending effective date of the Regulation and HUD's disparate treatment of similarly situated parties.

4. The Movants have demonstrated that HUD failed to supply a reasoned analysis for its departure from its long-standing policy of approval for SFDPA programs.

5. The Movants have demonstrated that HUD failed to consider reasonable proposed alternatives to the Regulation.

6. The Movants have demonstrated that HUD relied on data that it did not produce for comment in the notice of proposed rulemaking.

7. The Movants have demonstrated that HUD has failed to provide a reasoned justification for treating similarly situated entities differently.

8. The Movants have demonstrated that HUD has failed to provide a rational basis in support of the Regulation.

9. The Movants have demonstrated that HUD improperly prejudiced the outcome of the rulemaking proceeding.

10. HUD's own actions demonstrate that it will not be injured by injunctive relief.

11. Injunctive relief will further the public's interest.

12. To the extent that any of the following conclusions of law is determined to be a finding of fact, the Court incorporates, adopts, and enters it as a finding of fact.

## Conclusions of Law

1.      The Court has jurisdiction over the subject matter of this action and over the parties.

2.      The Movants will suffer irreparable harm absent injunctive relief.

3.      The Movants' claims have a reasonable likelihood of success on the merits.

4.      Injunctive relief will not substantially injure HUD or other interested parties.

5.      The grant of an injunction will further the public interest.

6.      To the extent that any of the findings of fact set forth above is determined to be a conclusion of law, the Court incorporates, adopts, and enters it as a conclusion of law.

## Preliminary Injunction

It is hereby ORDERED, ADJUDGED and DECREED that:

1.      HUD is enjoined from enforcing the Regulation as to any SFDPA provider.

2.      HUD shall issue a communication rescinding its previous message to lenders indicating that only AmeriDream and Nehemiah would receive an extension from enforcement of the regulation and explaining that the Regulation will not take effect as to any SFDPA provider until order of this Court.

3.      No bond or other security shall be required.

4.      All parties shall comply with the briefing schedule set out in the Stipulation and Order (Docket #10) filed by AmeriDream, Inc. and defendant and approved by the Court on October 24, 2007.

5.      This Preliminary Injunction shall remain in effect until trial or until the Court otherwise disposes of all of the claims in this case.


Date:_____        _____

                                              Judge, United States District Court

# EXHIBIT 1

From: Mayer, Jerrold H <jerrold.h.mayer@HUD.GOV>
To: HOMEOWNERSHIP-L@hudlist.hud.gov <HOMEOWNERSHIP-L@hudlist.hud.gov>
Sent: Thu Oct 25 14:01:27 2007
Subject:     Downpayment Assistance Rule

Case 3:07-cv-07395-PJH     Document 20-3     Filed 10/26/2007     Page 2 of 65

All-


Downpayment Assistance Rule:


FHA will issue official guidance regarding implementation of the regulation regarding a mortgagor's cash investment.  In the interim, to address the questions raised by many industry partners, FHA is providing the following information:


1. Nehemiah Corporation of America, due to a previous Settlement Agreement and as discussed in the rule, is granted relief from the effective date of the rule until April 1, 2008.


2. HUD has agreed to grant the AmeriDream Downpayment Assistance Program relief from the effective date of the rule until February 29, 2008.


3. All other similar downpayment assistance providers have not been granted relief from the effective date of the rule, which is October 31, 2007.


Provided that the homebuyer has entered into a contract of sale (including any amendments to purchase price) on or before October 31, 2007, FHA will recognize the gift if made to the homebuyer and properly documented as an acceptable source of the downpayment.


To read the final rule in its entirety and for more information please visit: http://hudclips.org/sub_nonhud/cgi/pdf/4846a.pdf <http://hudclips.org/sub_nonhud/cgi/pdf/4846a.pdf>

# EXHIBIT 2

UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTNERS IN CHARITY )<br><br>Plaintiff, )<br><br>v. )<br><br>HON. ALPHONSO JACKSON )<br>SECRETARY OF THE UNITED )<br>STATES DEPARTMENT OF )<br>HOUSING AND URBAN )<br>DEVELOPMENT, )<br><br>Defendant, )<br>) | Civil Action NO. 07-1752 (PLF) |

## AFFIDAVIT OF CHARLES KONKUS

1.  I have personal knowledge of the facts contained herein and I am competent to testify thereto.

2.  I am the President and Chief Executive Officer of Partners In Charity, Inc. ("PIC"), which also operates under the assumed name of Futures Home Assistance Program ("FHAP").

3.  PIC is a 501(c) (3) charitable organization.

4.  PIC's mission is "to expand affordable housing opportunities for underserved groups and promote the value of homeownership as the foundation for building strong communities and individual prosperity."

5.  PIC and FHAP provide a wide range of programs to benefit the families they serve. These programs include: homebuyer education, community development, and privately-funded down payment gift assistance.

6.  PIC and FHAP programs and services have, since their inception, been conducted with the explicit intention of enabling individuals and families to develop stability through homeownership.

7.  PIC and FHAP serve low- and moderate-income individuals and families who are trying to qualify for Federal Housing Administration ("FHA") –insured loans, many of whom can meet all the requirements for an FHA-insured loan, such as employment history, income, and credit, yet cannot afford to set aside the minimum down payment of three (3%) percent of the contract sales price of their home. A majority of the individuals benefiting from PIC and FHAP activities are minorities, female heads of household or single parents.

8.  PIC's and FHAP's down payment assistance ("DPA") programs are designed to work with FHA and homebuyers to help homebuyers safely overcome the down payment barrier to homeownership while also giving them positive equity in their home from day one. Home purchases that utilize DPA comprise approximately 35 percent of FHA loans. Approximately 80 percent of the homes purchased with down payment assistance provided by PIC AND FHAP are purchased by first-time homebuyers.

9.  PIC and FHAP have relieved poverty, lessened the burdens of government, and improved community beautification and maintenance. PIC and FHAP also help thousands of families break this cycle of poverty and develop financial independence, increases homeownership opportunities for thousands of underserved and traditionally disenfranchised populations, replaces blight with development, and sustains strong communities.

10. Since 2000, PIC and FHAP have provided over 77,000 gifts to homebuyers, totaling over $279 million, resulting in $8.2 billion in FHA-insured loans. The average gift amount was $3,500 or 3.1% percent of the average purchase price of $110,000, and went to individuals and families with a median income of under $50,000. The median income of PIC and FHAP recipients has averaged 74 percent of the United States Department of Housing and Urban Development ("HUD") national area median income of that same period.

11. Since 2000, the average house price for a PIC and FHAP gift recipient has been $110,000 compared to the HUD overall average of $116,000. The PIC and FHAP average is also lower than the price of homes purchased with gifts from family, employers, or with no gifts.

12. While DPA programs began primarily as faith-based initiatives, PIC and FHAP rely on other sources of support, particularly from within the real estate industry. This expanded support base-home builders and home sellers-has enabled PIC and FHAP to extend down payment assistance to far more families who are then able to purchase homes at valuations validated by HUD-certified appraisers.

13. This expanded support base has also permitted PIC's and FHAP's DPA programs to grow without reliance on taxpayer dollars. No government funds are used.

14. In addition to helping families purchase homes, PIC and FHAP provide education and other resources needed to help families meet the responsibilities of homeownership. Since 2000, PIC and FHAP have educated homebuyers through their homebuyer education course; and is responsible for building affordable housing units in inner cities in areas such as Chicago, IL, Gary, IN and San Antonio, TX.

15. PIC's and FHAP's homebuyer education program helped give homebuyers the tools to understand what it means to purchase, own, and keep their own home. The program is free and offered both online and in seminars throughout the country. An ancillary benefit of this service is that some lenders require evidence of participation in a homebuyer education class. Therefore, at the end of this course, we provide a certificate of completion. Every home buyer that receives a PIC or FHAP Grant must complete a homebuyer education course.

16. PIC and FHAP continue to offer buyers advice before and after the purchase of their home. PIC and FHAP, through their website and email information campaign, inform buyers of pitfalls and developed with experts from Carnegie Mellon University a credit watch open to anyone wanting credit help. PIC and FHAP further help buyers by encouraging and educating them on the support of the National Organization of American Homeowners (NOAH) a Washington, DC based organization solely involved in on-going support for homeowners.

17. PIC and FHAP are also some of the largest "anti-predatory" lending programs in America. PIC and FHAP have directed buyers away from sub-prime loans, thus enabling thousands of individuals and families to avoid the tricks and traps of predatory lending.

18. Through its development program, PIC builds new homes and renovate existing properties to create affordable housing opportunities for low- and moderate-income homebuyers. PIC is a HUD approved charity and has invested millions into its development projects over the last six years. Projects included affordable housing developments in, *inter alia*, Chicago, IL, Gary, IN, Detroit, MI, Rockford, IL and San Antonio, TX. PIC also redevelops HUD owned homes, taking a bad situation from HUD and recreating the HUD home to a quality low cost unit. PIC has passed many HUD inspections and audits and will continue our inner city relationship. PIC has been able to offer DPA when selling these HUD homes, thus enabling inner city buyers to begin with equity in their new homes.

19. PIC and FHAP raise money for down payment gifts from various sources. That money is deposited into a commingled account, which is episodicly drawn upon to make down payment gifts to qualified homebuyers taken from

a waiting list.  The money is sent directly to the closing attorney and placed in the homebuyer's escrow account in advance of the loan closing.  After the loan closes and the real estate transaction is complete, the seller of the property often pays the organization a service fee, typically within seven to ten days after closing.

20.    The service fee is deposited into PIC's and FHAP's fund for DPA and is later used to help homebuyers requesting DPA, fund other charitable programs, and pay administrative costs.

21.    The process described above was developed with the full knowledge of HUD's office of General Counsel.  In 1998, HUD's office of General Counsel reviewed the DPA process used by PIC and FHAP and found that it was in compliance with HUD's guidelines.

22.    In a letter dated October 25, 2005 from HUD to the Government Accountability Office ("GAO"), Assistant Secretary for Housing and Federal Housing Commissioner Brian Montgomery stated that the Office of General Counsel determined that, in those instances where down payment assistance providers (such as PIC, FHAP, Nehemiah and AmeriDream) conformed to specified procedures regarding the processing of donation and the awarding of gifts, those gifts did not represent an improper inducement to purchase.

23.    HUD's standard form, HUD-1, which itemizes all funds associated with a new home purchase, reports the use of down payment assistance.

24.    HUD has issued several mortgage letters clarifying the appropriate use of down payment assistance.  The letter did not question the way DPA providers are funded.

25.    HUD has made favorable statements about DPA programs in the past.

26.    HUD itself has utilized DPA programs when selling some of its own inventory of properties.

27.    For approximately 10 years, DPA programs like PIC's and FHAP's have helped over one million individuals and families to buy their own homes, some 80 percent for the first time.

28.    Without funding from their sources in the real estate industry, PIC and FHAP will not be able to continue helping deserving low- and moderate-income families and individuals become homeowners.

29.    Once PIC and FHAP are prohibited from using funds provided by sources in the real estate industry to provide DPA assistance, the organizations will most likely have to close their doors soon thereafter.

30.    PIC and FHAP are dependent on a highly skilled and specialized staff whose tenures with the organizations have lasted many years and who have developed relationships with industry partners and vendors that enable PIC and FHAP to ensure that their resources are spent effectively and efficiently. These staff will very probably be recruited to other organizations if PIC and FHAP are forced to suspend their operations. A sudden loss of institutional knowledge of this magnitude will have a significantly deleterious effect on our ability to serve the public. Any loss of staff due to the HUD Rule would likely be so time-consuming and expensive to overcome that it is probable that PIC and FHAP would not be able to resume operations even if they prevailed in this action.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

Charles Konkus

# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERIDREAM, INCORPORATED, THE GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM AND SOVEREIGN GRANT ALLIANCE | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-1752 (PLF) |
| vs. | ) ) | |
| HON. ALPHONSO JACKSON, SECRETARY OF THE US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF MICHAEL WHIPPLE

1.     I have personal knowledge of the facts contained herein and I am competent to testify thereto.

2.     I am the President and Chief Executive Officer of Sovereign Grant Alliance ("Sovereign Grants").

3.     Sovereign Grants is dedicated to assisting low to moderate income homebuyers purchase homes by providing assistance with the buyers down payment, one of the most significant obstacles to home purchase for those we are attempting to assist.

4.     Sovereign Grant Alliance is currently experiencing serious and significant damage from HUD's published regulation (the "Regulation") indicating that Nehemiah is the only down payment assistance program that may continue to operate after

October 30, 2007. Currently, we have only 25% of the transactions scheduled for November that we would normally have at this time. These transactions may all be cancelled as well if no relief is provided by the court.

5.     If the Regulation is allowed to take effect, Sovereign Grants will be forced out of business shortly after October 30, 2007.

6.     The majority of those assisted by Sovereign Grants are first-time homebuyers, many from underprivileged and underserved segments of society, including minorities, and single parents.

7.     Employees of Sovereign Grants are highly skilled and have long time experience in the down payment assistance industry.

8.     In addition to down payment assistance, Sovereign Grants offers important ancillary services such as buyer education.

       I declare under the penalties for perjury that the foregoing representations are true and correct.

Dated October 25, 2007

                                        _____
                                        Michael Whipple

# EXHIBIT 4

[Federal Register: January 12, 2001 (Volume 66, Number 9)]
[Proposed Rules]
[Page 2851-2852]
From the Federal Register Online via GPO Access [wais.access.gpo.gov]
[DOCID:fr12ja01-26]

=======================================================================
-----------------------------------------------------------------------

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

24 CFR Part 203

[Docket No. FR-4469-N-02]
RIN 2502-AH38


Withdrawal of Proposed Rule on Sources of Homeowner Downpayment
Pursuant to Section 203 of the National Housing Act

AGENCY: Office of the Assistant Secretary for Housing-Federal Housing
Commissioner, HUD.

ACTION: Withdrawal of proposed rule.

-----------------------------------------------------------------------

SUMMARY: This Notice withdraws a proposed rule that would have
prohibited gifts from non-profit organizations being used for the
mortgagor's investment in a mortgaged property if the organization
received the funds for the gift either directly or indirectly from the
seller.

DATES: This notice is effective January 12, 2001.

FOR FURTHER INFORMATION CONTACT: Vance Morris, Director, Home Mortgage
Insurance Division, Room 9266, Department of Housing and Urban
Development, 451 Seventh Street, SW, Washington, DC 20410-8000, (202)
708-2700 (this is not a toll-free number). For hearing-and speech-
impaired persons, this number may be accessed via TTY (text telephone)
by calling the Federal Information Relay Service at 1-800-877-8339.

SUPPLEMENTARY INFORMATION:

Background

    On September 14, 1999, HUD published in the Federal Register a
proposed rule to establish standards for the use of gifts provided by
non-profit organizations as a source of the mortgagor's investment in
the mortgaged property. The regulation would have permitted certain
gifts by non-profit corporations for use as the mortgagor's investment,
but would have prohibited them whenever they were directly or
indirectly derived from the seller of the property, or if the seller

[[Page 2852]]

paid other consideration or reimbursement to the nonprofit for making
the gift.
    The comment period closed on November 15, 1999. By the time of the
close of the comment period, HUD received 1,871 comments. Only 21 of

these comments favored the rule. The overwhelming majority of comments opposed the rule.

Based on these public comments, **HUD** has determined to withdraw this proposed rule on sources of homeowner downpayment.

Dated: January 2, 2001.
William C. Apgar,
Assistant Secretary for Housing-Federal Housing Commissioner.
[FR Doc. 01-1000 Filed 1-11-01; 8:45 am]
BILLING CODE 4210-27-P

Close This Window

# EXHIBIT 5



**FIRST AMERICAN**
**FINANCIAL**
MORTGAGE CORP.

COMMUNITY \ COMPASSION \ EXPERIENCE

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am the President/COO of First American Financial
3. Our company has engaged in business transactions with Futures Home Assistance Program since 2004
4. Such transactions have consisted of down payment assistance programs through Futures Home Assistance Program.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Futures Home Assistance Program.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

David L. Johnson

# EXHIBIT 6



# Affidavit of RJH Mortgage, Inc.

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am the Loan Officer of RJH Mortgage, Inc.
3. Our company has engaged in business transactions with Partners In Charity, Inc. ("PIC") since 2007
4. Such transactions have consisted of down payment assistance programs through Partners In Charity.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, RJH Mortgage, Inc. will no longer engage in business with Partners in Charity.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

_Jmacias_
_____
Name

# EXHIBIT 7

# Affidavit of _Richard H. Neely_

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.

* 2. I am the _Mortgage Solicitor_ of _Atlantic Coast Mortgage_

3. Our company has engaged in business transactions with Partners In Charity, Inc. ("PIC") since _Jan 3, 2001_

4. Such transactions have consisted of down payment assistance programs through Partners In Charity.

5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Partners in Charity.

6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

_____
Name

* ALSO A D.E. UNDERWRITER (Not presently employed as such)
# 4197

# EXHIBIT 8

# Affidavit of _Tambra L. Butler, CMB_

1. **I have personal knowledge of the facts contained herein and I am competent to testify thereto.**
2. **I am the** _President/CEO_ **of** _Direct Lending Family_
3. **Our company has engaged in business transactions with Partners In Charity, Inc. ("PIC") since** _2003_
4. **Such transactions have consisted of down payment assistance programs through Partners In Charity.**
5. **Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Partners in Charity.**
6. **Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.**

**Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.**

**Executed on October 25, 2007**

_Tambra L. Butler, CMB_
_____
**Name**

# EXHIBIT 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERIDREAM, INCORPORATED, THE GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM AND SOVEREIGN GRANT ALLIANCE | ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-1752 (PLF) |
| vs. | ) ) | |
| HON. ALPHONSO JACKSON, SECRETARY OF THE US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF JOSHUA BOWMAN

1.      I have personal knowledge of the facts contained herein and I am competent to

testify thereto.

2.      I have written following in support of down payment assistance:

To Whom It May Concern:

I am writing this letter in response to learning that HUD is planning to end the FHA Down Payment Assistance program. I just purchased my first home this week. If it had not been for the FHA Down Payment Assistance program, my wife and I would not have been able to purchase now. It would have taken us more than a year to save the down payment required to purchase this home. Owning our own home has been a dream come true for us and we are thankful that the program was available to us. I have also known many other homebuyers who have utilized this program to purchase their home. Like us, they all have good credit but it would have taken them a long time to save the money for a down payment.

I feel that eliminating this program will cause many potential homeowners to lose their opportunity to make their dreams come true. In today's economy it can be difficult to save money and having a program that assists with the required down payment can only benefit hard working people. I am asking that HUD reevaluate their decision to end the Down Payment Assistance Program. I would like for others to know the joy of owning their home just like I have experienced.

Thank you for your time. Sincerely,

I declare under the penalties for perjury that the foregoing representations are true and correct.

Dated October 25, 2007

Joshua Bowman

# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERIDREAM, INCORPORATED, THE GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM AND SOVEREIGN GRANT ALLIANCE | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-1752 (PLF) |
| vs. | ) ) | |
| HON. ALPHONSO JACKSON, SECRETARY OF THE US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF KELLY WOLFE

1.    I have personal knowledge of the facts contained herein and I am competent to testify thereto.

2.    I am the Regional Branch Manager of Integrity Mortgage Group.

3.    We have used Sovereign Grant Alliance ("Sovereign Grants") to put many families in homes that would otherwise not be able to purchase homes.

4.    At this time our bank  will no longer be taking down payment assistance from Sovereign Grants due to the HUD ruling going into effect 10/31/2007.

5.    We firmly believe that enforcement of the HUD's rule should be stayed until further research can be done to assess the damage this will do to an already volatile

Market.

I declare under the penalties for perjury that the foregoing representations are true and correct.

Dated October 25, 2007

*Kelly Wolfe*
Kelly Wolfe

# EXHIBIT 11

# Public Service Announcement

Jim and Nancy thought the dream of owning their own home would never come true. Every month they tried to save money towards a down payment, but it just seemed like something always came up. Thanks to Partners in Charity, a nonprofit organization dedicated to gifting a down payment to people who want to own their own home, Jim and Nancy now pay themselves each month instead of their landlord. Partners in Charity helped make their dreams come true, and we've got a down payment with your name on it just waiting to be given to you. Come to a free home education seminar for down payment grant for your new home.

September 25, 2001
Alameda Community Center
9800 4th St.
Albuquerque
7:00 – 9:00 pm

September 26, 2001
Westside Baptist Church Gymnasium
3021 Todios Santos N.W.
Albuquerque
7:00 – 9:00 pm

September 27, 2001
North Valley Library
7704 2nd St. N.W.
Albuquerque
6:30 – 8:00 pm

Don't let another day pass you by without checking out how Partners in Charity can help you make your dream of homeownership come true. To fine out more, call us at 1-800-705-8350 or visit our website at www.partnersincharity.org. Your future is just a phone call away.

# EXHIBIT 12



## KB HOMEBUYER'S SEMINAR
## NEW MEXICO DIVISION

**DATE:** Thursday, May 15, 2003
**TIME:** 5:00-7:00pm (presenters plan to arrive by 4:30pm)

**LOCATION:**  KB Home Studio
1550 Mercantile Avenue NE
Albuquerque, NM 87107

### Agenda:

| | | |
|---|---|---|
| KB Representative | Sheldon Moore | 5:00-5:20 |
| Mortgage Consultant | Deborah Morris | 5:20-5:30 |
| MFA Representative | Charlene Tisch | 5:30-5:45 |
| Studio | Susan Berry | 5:45-6:00 |
| Partners in Charity | Sandy Pasquale | 6:00-6:15 |
| Q & A | Q & A | 6:15-6:30 |
| Dinner | Provided by Porky's Mudchops's | 6:30-7:00 |

### Presentations

1. Please let me know if you require any special equipment for your presentations (i.e. overhead projector, laptop, flip charts, etc.).

2. Please bring any handouts or little give aways (mortgage calculators, pens, flyers, key chains, etc.) that you may have.  We are planning on about 50 people, but will let you know the number as we get closer to the event.

3. Please plan to arrive 30 minutes prior to the Seminar to set up and make sure you have your presentations in order.

### THANK YOU ALL FOR YOUR PARTICIPATION
### IN OUR HOMEBUYER'S SEMINAR!!!

**\*Driving Directions:** Take I-25, Exit Montano and go west.  Right at Wendy's – then right on Merchantile Ave.  (No street sign at this corner) KB Home Studio is located on the 2nd floor at Flooring America.

# EXHIBIT 13

MEMPHIS, TN
The Commercial Appeal

18/8/02    WWW.LAPRENSALATINA.COM

LA PRENSA LATINA

# NACIONAL

## Ahora usted puede obtener el enganche para comprar su casa

### Gracias a Partners in Charity



**¿Quién es Partners in Charity?**

Partners In Charity (PIC) es un 501(3)C corporación, no lucrativa, que le regala a los compradores que califiquen la cuota inicial o prima para comprar su casa nueva. Además, contribuye a la cantidad de su elección, en nombre del equipo de bienes raíces.

**¿Cuánto dinero, en calidad de regalo, puede recibir un comprador calificado de PIC?**

PIC les ofrece a los compradores calificados que elijan cuanto dinero necesitan como regalo. Los compradores calificados pueden recibir aproximadamente desde 2% hasta 10%, basado en el precio de venta de la casa nueva. Quien no requiere un regalo para su cuota inicial o único para gastos de cierre sin que este único tenga nunca que ser reembolsada.

**¿Debo comprar un cierto tipo de propiedad en este programa?**

Un comprador calificado puede comprar cualquier propiedad que se encuentre en las áreas directivas del préstamo, para el programa específico de préstamo. Eso significa que en la mayoría de las veces, un sólo comprador puede comprar un... conforme a "townhome" una casa separada, un único de 1-4 unidades.

El requisito principal es que el comprador DEBE VIVIR EN la propiedad.

El propósito de PIC es ayudar a más gente a convertirse dueños de casa, y así ver realizado el Sueño Americano.

**¿Cómo obtengo una cuota inicial?**

Es sumamente fácil recibir su regalo GRATIS de PIC. De hecho, hay sólo 2 requisitos por los que usted debe responsabilizarse. Ante todo, usted debe calificar para cualquier programa elegible de préstamo con su prestamista. No se preocupe, tiene muchos programas para sus necesidades. En segundo lugar, debe completar un Curso de Asesoramiento de la Propiedad de la Casa. Sin prisa, ayuda a seguir el camino apropiado. Entonces, ponen en marcha soñar acerca de su casa nueva. ¡ESO ES TODO!

Para más información, usted puede llamar al 1-800-705-8350.

# EXHIBIT 14

**NONPROFIT ORGANIZATION PLANS BUYERS' SEMINAR**

Partners in Charity, an Illinois-based nonprofit organization, will host a free homebuyer's seminar next week in Erie.

Through its grant program, the organization provides down payment assistance ranging from 2 percent to 10 percent, to buyers who demonstrate their ability to pay their rent and other expenses each month. Participants do not have to be first-time home buyers; do not have to meet certain income requirements; and do not have to repay the funds, which can be applied to FHA and conventional loans.

Sessions are scheduled for November 12, 2003 from 6:30 pm to 8:30 pm in the Community Room at National City Bank, 801 State Street, Erie, PA. To reserve a space, call 1-800-705-8350.

# EXHIBIT 15

tes are based on zero discount points

## Source: Interest.com

### d up lower on mixed reports

down.

The 30-year fixed-rate mortgage (based on zero discount points) fell to just above 6.75 percent, while the 15-year fixed-rate mortgage crept down to slightly above 6.375 percent.

The introductory rate on the one-year adjustable-rate mortgage edged up to just below 5.5 percent.

The anticlimax of the good housing numbers was countered by grim figures regarding retail sales surveys that indicated slow activity during the holiday shopping season. Despite encouraging corporate reports from a few big names, investors know that economic recovery cannot proceed without consumer spending, which supplies two-thirds of the fuel for the country's economic engine. The Index of Leading Indicators, which looks at the economy

three to six months ahead, continues to edge up, with November numbers beating expectations.

The holidays will likely slow economic and mortgage activity, but there will be news about the consumer. New and existing home sales will demonstrate willingness to spend on big-ticket items, as will a report on durable good orders. This consumer confidence report for December will also be released.

If this reports come in stronger than expected, Treasurys may lose ground as hope for more rate cuts fades. If the indicators comes in on target, however, Treasurys should hold their ground, with mortgage rates remaining near present levels.

---

side of Chicago, where he acquired investment real estate. Although the property prices seem abnormally low there, it's the idea that are important, not the prices, which have probably inflated since he acquired many of his properties.

Don't expect a perfect book. I cringed when the author twice mentioned a "quick claim deed." The correct term is "quitclaim deed," meaning a deed conveying the grantor's ownership interest in that property. But the book is so good, readers can overlook the minor grammatical errors. (The author admits he enlisted in the Navy and never graduated from high school).

the book, Watkins includes 25 "Case in point" examples that make fascinating reading. Don't miss them.

In other words, he saved the best for last. Frankly, these real-life experiences would have been more valuable if they were spread throughout the book.

Starting from scratch after five years in the Navy, Watkins explains how he left his civilian paramedic job to work for a real estate broker who was profiled in the Chicago Tribune. That's how Watkins learned the basics. He discovered that "you do not need money to get started in this business, nor do you need a great amount of education."

religion investment. That leads to his philosophy on tenant management. He's tough! He even inspects a prospective tenant's current residence to see how they will probably maintain his dwelling.

And he insists on a substantial security deposit. But he likes Section 8 subsidized housing tenants.

The best material is in the final chapter called "Cases in Point." Here, Watkins shares real-life stories, including how he almost got arrested breaking into a vacant house that he eventually bought. This book is a no-frills gem. But it is a practical guidebook. On my scale of one to 10, it rates a nine.

## Nonprofit organization plans buyers' seminar

Partners in Charity, an Illinois-based nonprofit organization, will host a free home buyers' seminar next month in Las Vegas.

Through its grant program, the organization provides down payment assistance, ranging from 2 percent to 10

percent, to buyers who demonstrate their ability to pay their rent and other expenses each month. Participants do not have to be first-time home buyers, do not have to meet certain income requirements, and do not have to repay the funds, which can be applied to

FHA and conventional loans.

Sessions are scheduled for Jan. 22 and 23 from 7 to 9 p.m. in the Moyer Student Union, Room 203, on the campus of the University of Nevada, Las Vegas.

To reserve a space, call 1-800-705-8350.

# CLASSIFIED

Review-Journal and Las Vegas Sun

## 383-0383

VISIT US ONLINE www.lasvegasnewspapers.com

• Mobile Homes   • Residential Rentals

itary • Townhomes

# EXHIBIT 16

**P⋆C**

**Partners In Charity**
*"We're helping you PIC your future!"*

Date: 4-16-03

### *A Gift For The:*

### Children's Miracle Network
### 4525 South 2300 East
### Salt Lake City, UT 84117

# CONGRATULATIONS!

Thanks to *Money Tree Lending ,* you're receiving a donation from Partners In Charity, Inc. (PIC). PIC is a not for profit down payment assistance program, dedicated to helping people own their own home. We gift the down payment to them and you also receive a gift.

Each time a mortgage company, real estate firm or builder uses the PIC program, they select a charity that they would like to receive a donation. They selected you as the recipient for this gift.

For your records, the person responsible for the gift is:

*Howard Judah*
*Money Tree Lending*
*3845 FM 1960 West, Ste 250*
*Houston, TX 77068*

**The Amount Of This Gift Is: $10,000.00**

# EXHIBIT 17



## Affidavit of Capital Mortgage Services, Inc.

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am the Loan Manager of Capital Mortgage Services, Inc.
3. Our company has engaged in business transactions with Futures Home Assistance Program since 2006
4. Such transactions have consisted of down payment assistance programs through Futures Home Assistance Program.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Futures Home Assistance Program.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

*Tiffany Davis*
Name

Phone: 770.485.9719

Fax: 770.485.9718

# EXHIBIT 18

To: Christina    Page 2 of 2    2007-10-26 22:03:26 (GMT)    14259777607    From: El BlackFoot Bey

# Affidavit of _El Juppno BlackFoot Bey_

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am the _Pressient_ of _All Family Home Improvent._
3. Our company has engaged in business transactions with Partners In Charity, Inc. ("PIC") since _2001_
4. Such transactions have consisted of down payment assistance programs through Partners In Charity.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Partners in Charity.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

_____
Name

# EXHIBIT 19



**FIRST AMERICAN**
FINANCIAL
MORTGAGE CORP.

COMMUNITY \ COMPASSION \ EXPERIENCE

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am the President/COO of First American Financial
3. Our company has engaged in business transactions with Futures Home Assistance Program since 2004
4. Such transactions have consisted of down payment assistance programs through Futures Home Assistance Program.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Futures Home Assistance Program.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

**Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.**

**Executed on October 25, 2007**

David L. Johnson

# EXHIBIT 20



# Affidavit of RJH Mortgage, Inc.

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am the Loan Officer of RJH Mortgage, Inc.
3. Our company has engaged in business transactions with Partners In Charity, Inc. ("PIC") since 2007
4. Such transactions have consisted of down payment assistance programs through Partners In Charity.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, RJH Mortgage, Inc. will no longer engage in business with Partners in Charity.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007          _____
                                                     Name

# EXHIBIT 21

# Affidavit of *Richard H. Neely*

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.

\* 2. I am the *Mortgage Solicitor* of *Atlantic Coast Mortgage*

3. Our company has engaged in business transactions with Partners In Charity, Inc. ("PIC") since *Jan 3, 2001*

4. Such transactions have consisted of down payment assistance programs through Partners In Charity.

5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Partners in Charity.

6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

_____
Name

\* *Also a D.E. Underwriter (not presently employed as such)*
# *H197*

# EXHIBIT 22

# Affidavit of _Tambra L. Butler, CMB_

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am the _President/CEO_ of _Direct Lending Family_
3. Our company has engaged in business transactions with Partners In Charity, Inc. ("PIC") since _2003_
4. Such transactions have consisted of down payment assistance programs through Partners In Charity.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Partners in Charity.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007      _Tambra L. Butler, CMB_
                                  **Name**

# EXHIBIT 23

# Affidavit of Kristin Johnson

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am a Loan Processor for T E Mortgage
3. I have engaged in business transactions with Futures Home Assistance Program since 2002
4. Such transactions have consisted of down payment assistance programs through Futures Home Assistance Program.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Futures Home Assistance Program.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

_Kristin Johnson_
Name

# EXHIBIT 24

# Affidavit of Brian Pitts

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am Loan Officer for T E Mortgage
3. I have engaged in business transactions with Futures Home Assistance Program since 2002
4. Such transactions have consisted of down payment assistance programs through Futures Home Assistance Program.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Futures Home Assistance Program.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

_____
Name

# EXHIBIT 25

# Affidavit of Brandi Rowen

1. I have personal knowledge of the facts contained herein and I am competent to testify thereto.
2. I am an Employee of T E Mortgage
3. I have engaged in business transactions with Futures Home Assistance Program since 2002
4. Such transactions have consisted of down payment assistance programs through Futures Home Assistance Program.
5. Based upon our reading of the new HUD rules in regard to such down payment assistance programs, Company will no longer engage in business with Futures Home Assistance Program.
6. Due to agreements they have reached with HUD, our company may have to work with Ameridream, Inc. and/or Nehemiah Program as a down payment assistance provider for our customers that are looking for down payment assistance.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

_____
Name

# EXHIBIT 26

**Memorial Hermann**
**FOUNDATION**

FOR YOUR WHOLE LIFE.™

9401 SOUTHWEST FREEWAY, SUITE 401
HOUSTON, TEXAS 77074
713.448.5200

Partners In Charity                                                                 February 6, 2004
Mr. Richard De La Garza
613 W. Main St.
West Dundee, IL 60118

**Gift Purpose:** MH Children's Hospital

**Amount:** $15,000.00           **Check #:** 2582            **Check Date:** 1/15/2003

Thank you for your gift to the Memorial Hermann Healthcare System.  Your gift has been recorded as indicated above.  We are grateful for your generosity, and we hope that our stewardship will merit your continued support.

R.M. Rutledge, III
Vice President

*No goods or services were provided in exchange for this contribution; therefore, the full amount of the gift should be deductible for federal income tax purposes.*
*Please retain this receipt for your tax purposes*

# EXHIBIT 27



# EXHIBIT 28





## SPECIAL REPORTS

Homepage
TV Schedule
More Info
Video
Weather
News
Investigations
Special Reports
Traffic
Sports
Business
Consumer
Health
Entertainment
Recipes
Photos
Autos
Community
Eye on Chicago
Inside CBS 2
CBS 2 Team
Contests
Contact Us
Search Top Stories
find
Advanced Search

**O2 FEATURES**
Brookfield Zoo
Cruisin' with Susan
Daily Candy
Grow Your Garden
High School Bands
Roeper's Reviews
Table for 2
Technogadgets
Zwecker's People

**O2 PHOTOS**



Week In Photos
See the news as it
happens in our daily

# Get Your Dream Home With Nothing Down

● VIDEO: Dorothy Tucker reports.

Mar 9, 2004 4:54 pm US/Central

**CHICAGO (CBS 2)** Short on cash and tired of renting? Now there's a way to buy your dream home without having to come up with a down payment.

It sounds too good to be true -- buying a house without putting money down. But it is true, and there are no strings attached.

The program is called Partners in Charity. It's for the single mom, the young couple, the family with kids or anyone who can afford a mortgage but just doesn't have the thousands of dollars needed for a down payment.

In suburban West Dundee, inside a renovated Victorian, a group of men and women work the phones.

The office is a non-profit organization called Partners in Charity, but clients of the company describe these workers as "angels."

Deneca Dunlap credits the "angels" with making her dream of home ownership a reality.

"I thank God for programs like this. Without them I wouldn't be able to do this," said Dunlap, who shares the upstairs of a $189,000 two-flat with her husband and daughter.

Dunlap makes a decent living working for UPS, but with her husband unemployed, the two were struggling to save money. That's where Partners in Charity came in. They gave the couple $11,0000 for the down payment and most of the closing costs.

"I walked out of the closing paying a little over$ 200," Dunlap said.

☑ Email This Story
☐ Print This Story

**Click Here To Enlarge Image**



CBS

**Click to Play Videos**

Check All – Clear All

☑     No Money Down For Home Purchase A Gift For Many
Dorothy Tucker reports.

**Related Links**
● yournewhomeloan.com
● partnersincharity.org

photograph
the surface of Mars.

**U.S. Taxes**
See if you
could be
targeted for
an audit.

**Richest Americans**
See who Forbes
magazine lists
as the richest.

**Academy Awards**
Photos,
fashions,
winner list,
and more.

**Oscar: Backstage**
Look behind
the curtain at
Oscar night
2004.

Now you can add
CBS 2 Chicago to
your News Reader
Click here

©2 PARTNERS
WBBM Newsradio780
Killer 896.3 FM
The Score 670
105.9 WCKG
Oldies 104.3 FM
US 99.5 FM
93XRT
CBS2CHI com
CBSNEWS com

Tammy Butler is the marketing director of Partners in Charity. "The goal is to help people who are able to make rent payments and have decent credit, but unfortunately for whatever reason are unable to save up for a down payment. This bridges the gap," Butler said.

To start the process, you must quality for a mortgage.

"You have to have some type of employment. You have to be able to pay back the loan," said Milton Manolis of First Home Mortgage of Chicago "You don't have to be a first time buyer...there's no restrictions other than you have to live in the home.

Here's how you pay for that dream house. Let's say the asking price is $100,000 but the seller is willing to accept $95,000.

The buyer gets a $95,000 bank loan to pay the seller. Then he gets a $5,000 gift from Partners in Charity to cover his down payment. So, the seller gets a total of a $100,000. In return, the seller donates $5,000 to Partners in Charity, and that's used to help the next person.

Dunlap is definitely happy. It's "a dream come true, and income property at that, with little money down," she said. "It was wonderful, and again, I just could not believe it."

Partners in Charity is a national organization headquartered in West Dundes. They have helped more than 250,000 people around the country.

Dorothy Tucker

(MMIV, CBS Broadcasting Inc., All Rights Reserved.)

**More Special Reports Stories:**
- Get Your Dream Home With Nothing Down
- Handicap Placards Being Used Illegally
- In The Lab's Hands
- Is It a Dream Cream?
- For Your Pet's Sake

## Top Videos

Check All - Clear All

Play Videos

- CBS 2 TrueView Weather 6-Day Forecast
- Kerry Wraps Up Chicago Trip With Organized Labor
- H.S. Coach Arrested for Sexual Relationship With Student
- Democrats Crowd Union Station to Welcome John Kerry
- Guardian Angels Respond To New Lincoln Pk. Attacks
- Search Intensifies For Missing Grundy Co. Sheriff
- Suburban H.S. Coach Charged With Sexual Misconduct
- Dem. John Kerry Draws Crowds In Evanston, Chicago
- Candidate John Kerry Talks to Seniors In Evanston