UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERIDREAM, INCORPORATED, THE GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, THE SOVEREIGN GRANT ALLIANCE, THE FUTURE HOME ASSISTANCE PROGRAM, and PARTNERS IN CHARITY, INC.  Plaintiffs,  v.  HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-1752 (PLF) |

### GENESIS'S AND HOME DOWNPAYMENT GIFT FOUNDATION'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, the Genesis Foundation ("Genesis") and the Home Downpayment Gift Foundation ("HDGF") respectfully move for a preliminary injunction preventing the United States Department of Housing and Urban Development ("HUD") from enforcing the "Standards for Mortgagor's Investment in Mortgaged Property" ("the Regulation"), published in the Federal Register on October 1, 2007. In support of this motion, Genesis and HDGF rely on FRCP 65(a), LCvR 65.1(a), and their Memorandum Of Points And Authorities, attached to this motion.

-2-

WHEREFORE, Genesis and HDGF respectfully request that the Court grant this motion, enter a preliminary injunction barring HUD's enforcement of the Regulation, and provide all other appropriate relief.

Respectfully submitted this 26th day of October, 2007.

/s/ Frank S. Swain
Frank S. Swain, #427792
Baker & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC  20005
Telephone  202.312.7440
Facsimile  202.312.7460
frank.swain@bakerd.com

Attorneys for Genesis Foundation and Home Downpayment Gift Foundation

-3-

## CERTIFICATE OF SERVICE

I certify that on October 26, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Lee T. Ellis, Jr.
> Baker & Hostetler LLP
> Washington Square, Suite 1100
> 1050 Connecticut Avenue, N.W.
> Washington, DC  20036
>
> Michael Sitcov
> Christopher R. Hall
> Robert J. Katerberg
> Scott Risner
> U.S. Department of Justice
> 20 Massachusetts Avenue, NW
> Room 7224
> Washington, DC  20530
>
> David C. Merkin
> McMillan Metro, PC
> 1901 Research Blvd., Suite 500
> Rockville, MD  20850

       /s/ Frank S. Swain

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERIDREAM, INCORPORATED, THE GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, THE SOVEREIGN GRANT ALLIANCE, THE FUTURE HOME ASSISTANCE PROGRAM, and PARTNERS IN CHARITY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-1752 (PLF) |

**FINDINGS OF FACT, CONCLUSIONS OF LAW
AND ENTRY OF PRELIMINARY INJUNCTION**

This matter came before the Court for hearing on October 30, 2007, on the motion of the Genesis Foundation, the Home Downpayment Gift Foundation, the Sovereign Grant Alliance, the Future Home Assistance Program, and Partners In Charity, Inc. ("the Movants") for a preliminary injunction barring the United States Department of Housing and Urban Development ("HUD") from enforcing the "Standards for Mortgagor's Investment in Mortgaged Property" ("the Regulation"), published in the Federal Register on October 1, 2007, and scheduled to take effect on October 31, 2007. Having considered the parties' briefs, the evidence

submitted in support of and in opposition to the motion, and the arguments of counsel, the Court now enters its findings of fact and conclusions of law on the matter.

### Findings of Fact

1. HUD's Regulation will put seller-funded downpayment assistance ("SFDPA") programs out of business upon its implementation.

2. HUD has agreed to extend the effective date of the Regulation only as to two SFDPA providers, the Nehemiah Foundation and AmeriDream, Inc (a plaintiff in this action). The Movants are similarly situated SFDPA providers.

3. The Movants have demonstrated that they will suffer and are currently suffering irreparable harm by the pending effective date of the Regulation and HUD's disparate treatment of similarly situated parties.

4. The Movants have demonstrated that HUD failed to supply a reasoned analysis for its departure from its long-standing policy of approval for SFDPA programs.

5. The Movants have demonstrated that HUD failed to consider reasonable proposed alternatives to the Regulation.

6. The Movants have demonstrated that HUD relied on data that it did not produce for comment in the notice of proposed rulemaking.

7. The Movants have demonstrated that HUD has failed to provide a reasoned justification for treating similarly situated entities differently.

8. The Movants have demonstrated that HUD has failed to provide a rational basis in support of the Regulation.

9. The Movants have demonstrated that HUD improperly prejudiced the outcome of the rulemaking proceeding.

10. HUD's own actions demonstrate that it will not be injured by injunctive relief.

11. Injunctive relief will further the public's interest.

12. To the extent that any of the following conclusions of law is determined to be a finding of fact, the Court incorporates, adopts, and enters it as a finding of fact.

## Conclusions of Law

1. The Court has jurisdiction over the subject matter of this action and over the parties.

2. The Movants will suffer irreparable harm absent injunctive relief.

3. The Movants' claims have a reasonable likelihood of success on the merits.

4. Injunctive relief will not substantially injure HUD or other interested parties.

5. The grant of an injunction will further the public interest.

6. To the extent that any of the findings of fact set forth above is determined to be a conclusion of law, the Court incorporates, adopts, and enters it as a conclusion of law.

## Preliminary Injunction

It is hereby ORDERED, ADJUDGED and DECREED that:

1. HUD is enjoined from enforcing the Regulation as to any SFDPA provider.

2. HUD shall issue a communication rescinding its previous message to lenders indicating that only AmeriDream and Nehemiah would receive an extension from

enforcement of the Regulation and explaining that the Regulation will not take effect as to any SFDPA provider until further order of this Court.

3. No bond or other security shall be required.

4. All parties shall comply with the briefing schedule set out in the Stipulation and Order (Docket #10) filed by AmeriDream, Inc. and defendant and approved by the Court on October 24, 2007.

Date:_____  _____
Judge, United States District Court