IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> and ) <br> ) <br> GENESIS FOUNDATION, HOME ) <br> DOWNPAYMENT GIFT ) <br> FOUNDATION, PARTNERS IN ) <br> CHARITY, INC., FUTURES HOME ) <br> ASSISTANCE PROGRAM, and ) <br> SOVEREIGN GRANT ALLIANCE, ) <br> ) <br> Intervenors, ) <br> v. ) <br> ) <br> HON. ALPHONSO JACKSON ) <br> SECRETARY OF THE UNITED ) <br> STATES DEPARTMENT OF ) <br> HOUSING AND URBAN ) <br> DEVELOPMENT, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 07-1752 (PLF) |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.4(e), Defendant, by and through undersigned counsel, is filing along with this Notice a CD-ROM containing an electronic copy of the Administrative Record in support of the administrative decision at issue in this action. The CD-ROM of the Administrative Record is being maintained in the case file in the Clerk's Office.

Respectfully submitted,

PETER D. KEISLER

1

                                                       Assistant Attorney General

                                                       JEFFREY A. TAYLOR
                                                       United States Attorney

                                                       */s/ Scott Risner*
                                                       MICHAEL SITCOV
                                                       TAMARA ULRICH
                                                       CHRISTOPHER HALL
                                                       ROBERT J. KATERBERG
                                                       SCOTT RISNER
                                                       Trial Attorneys
                                                       United States Department of Justice
                                                       Civil Division, Federal Programs Branch
                                                       20 Massachusetts Ave., N.W.
                                                       Washington, D.C. 20530
                                                       Tel: (202) 514-2395
                                                       Fax: (202) 616-8470
                                                      Email: scott.risner@usdoj.gov

Dated: October 26, 2007.                           Counsel for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2007, I sent a CD-ROM containing an electronic copy of the Administrative Record to:

DAVID C. MERKIN
McMillan Metro, P.C.
1901 Research Blvd., Suite 500
Rockville, MD 20850
Attorney for Intervenors Partners in Charity, Inc., Futures Home Assistance Program, and Sovereign Grant Alliance
*SENT VIA FEDERAL EXPRESS*

FRANK S. SWAIN
Baker & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC 20005
Attorney for Intervenors The Genesis Foundation and Home Downpayment Gift Foundation
*SENT VIA COURIER*

      By agreement with counsel, I also made a CD-ROM available to be picked up by a representative of:

LEE T. ELLIS, JR.
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Attorney for Plaintiff AmeriDream, Incorporated

Dated: October 26, 2007.             */s/ Scott Risner*
                                                          SCOTT RISNER