UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>HON. ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1752 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Please enter the appearance of Tessa L. Frederick of Miles & Stockbridge P.C. as counsel for Freedom Home Baptist Church, Inc. dba Genesis Housing Development Corp. and The Dove Foundation, Inc. dba American Family Funds Down Payment Gift Program, who have filed a Motion to Intervene in the above-captioned matter.

                                                                            /s/
                                       Tessa L. Frederick (D.C. Bar No. 46551)
                                       MILES & STOCKBRIDGE P.C.
                                       10 Light Street
                                       Baltimore, Maryland 21202
                                       (410) 727-6464
                                       (410) 385-3700 (facsimile)
                                       tfrederick@milesstockbridge.com

2

**CERTIFICATE OF SERVICE**

       I certify that on October 29, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lee T. Ellis, Jr., Esquire
Baker & Hostetler LLP
Washington Square
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Scott Risner, Esquire
Christopher R. Hall, Esquire
Assistant US Attorneys for the District of Columbia
Department of Justice
20 Massachusetts Avenue, NW
Washington, D.C. 20024


Frank S. Swain, Esquire
Baker & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC 20005

David C. Merkin, Esquire
McMillan Metro, P.C.
1901 Research Blvd., Suite 500
Rockville, MD 20850


                                                    /s/ Tessa L. Frederick