UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1752 (PLF) ) |
| HON. ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) |
| Defendant. | ) ) ) ) |

## MOTION TO APPEAR PRO HAC VICE

NOW COMES THE UNDERSIGNED, Tessa L. Frederick, Esquire, a member of the Bar of this Court, and respectfully moves for an Order permitting Craig T. Enoch, Linda J. Burgess, and Alejandro S. Valdes, attorneys with the law firm of Winstead PC, to appear as counsel for the Freedom Home Baptist Church, Inc. ("Baptist Church") and The Dove Foundation, Inc. ("The Dove").  Baptist Church and The Dove (collectively, the "Interveners") have filed a Motion to Intervene in the above-captioned matter.

1.   I am an attorney with the law firm of Miles & Stockbridge P.C., and have been retained as local counsel on behalf of the Interveners in the above-captioned matter.  I am a member in good standing of the bar of this Court, the District of Columbia and the State of Maryland.

2.   Craig Enoch is an attorney with the firm of Winstead P.C., 401 Congress Avenue, Suite 2100 Austin, Texas 78701, (512) 370-2800.

3.   Mr. Enoch is duly admitted to and a member in good standing of the bar of the following jurisdictions: the Fifth Circuit Court of Appeals; the United States District Court for the Northern District of Texas; and the State Bar of Texas.

4. Mr. Enoch has not been disciplined by any bar. Mr. Enoch has not been admitted *pro hac vice* in this Court in the past two years. He is of good moral and professional character, and meets the criteria for admission to practice before this Honorable Court for purposes of this litigation. See Declaration of Craig T. Enoch, Esquire, attached hereto as Exhibit A.

5. Linda J. Burgess is an attorney with the firm of Winstead P.C., 401 Congress Avenue, Suite 2100 Austin, Texas 78701, (512) 370-2800.

6. Ms. Burgess is duly admitted to and a member in good standing of the Bar of the following jurisdictions: the United States Supreme Court; the Fifth Circuit Court of Appeals, the Tenth Circuit Court of Appeals; the United States District Courts for the Western, Northern, and Southern Districts of Texas; the United States District Courts for the Western and North Districts of Oklahoma; the State Bar of Texas; and the State Bar of Oklahoma.

7. Ms. Burgess has not been disciplined by any bar. Ms. Burgess has not been admitted *pro hac vice* in this Court in the past two years. Ms. Burgess is of good moral and professional character, and meets the criteria for admission to practice before this Honorable Court for purposes of this litigation. See Declaration of Linda J. Burgess, Esquire, attached hereto as Exhibit B.

8. Alejandro S. Valdes is an attorney with the firm of Winstead P.C., 401 Congress Avenue, Suite 2100 Austin, Texas 78701, (512) 370-2800.

9. Mr. Valdes is duly admitted to and a member in good standing of the bar of the following jurisdiction: the Fifth Circuit Court of Appeals; the United States District Court for the Western District of Texas; and the State Bar of Texas.

10. Mr. Valdes has not been disciplined by any bar. Mr. Valdes has not been admitted *pro hac vice* in this Court in the past two years. He is of good moral and professional character, and meets the criteria for admission to practice before this Honorable Court for

purposes of this litigation.  *See* Declaration of Alejandro S. Valdes, Esquire, attached hereto as Exhibit C.

11. The firm of Miles & Stockbridge P.C., will be the local counsel in this matter.

**WHEREFORE**, the undersigned respectfully requests that Craig T. Enoch, Linda J. Burgess, and Alejandro S. Valdes of the law firm of Winstead P.C., be admitted *pro hac vice* to the Bar of the United States District Court for the District of Columbia for the purpose of participating in the defense of the Interveners, Freedom Home Baptist Church, Inc. and The Dove Foundation, Inc., in the above-captioned matter as co-counsel with the law firm of Miles & Stockbridge P.C., and for all other relief as is necessary and appropriate for that purpose.

Respectfully submitted,

      /s/  *Tessa L. Frederick*
Tessa L. Frederick, Bar No. 465519
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (facsimile)
tfrederick@milesstockbridge.com

**ATTORNEYS FOR INTERVENERS,
FREEDOM HOME BAPTIST CHURCH, INC. and
THE DOVE FOUNDATION, INC.**

## CERTIFICATE OF SERVICE

      I certify that on October 29, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lee T. Ellis, Jr., Esquire
Baker & Hostetler LLP
Washington Square
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Scott Risner, Esquire
Christopher R. Hall, Esquire
Assistant US Attorneys for the District of Columbia
Department of Justice
20 Massachusetts Avenue, NW
Washington, D.C.  20024


Frank S. Swain, Esquire
Baker & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC 20005

David C. Merkin, Esquire
McMillan Metro, P.C.
1901 Research Blvd., Suite 500
Rockville, MD  20850



                                                                     _____/s/  *Tessa L. Frederick*_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERIDREAM, INCORPORATED,**<br><br>Plaintiff,<br><br>v.<br><br>**HON. ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1752 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF CRAIG T. ENOCH

I, Craig T. Enoch, do affirm under the penalties of perjury, depose and say as follows:

1. I am an attorney with the firm of Winstead P.C., 401 Congress Avenue, Suite 2100 Austin, Texas 78701, ph (512) 370-2800.

2. I am duly admitted to and a member in good standing of the bar of the following jurisdictions: the Fifth Circuit Court of Appeals; the United States District Court for the Northern District of Texas; and the State Bar of Texas.

3. I have not been disciplined by any bar. I have not been admitted *pro hac vice* in this Court in the past two years.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Declaration are true and correct to the best of my knowledge, information and belief.

Executed this 25th day of October, 2007, in Austin, Texas.

By: _____
Craig T. Enoch

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>HON. ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Civil Action No. 07-1752 (PLF) |

### DECLARATION OF LINDA J. BURGESS

I, Linda J. Burgess, do affirm under the penalties of perjury, depose and say as follows:

4.   I am an attorney with the firm of Winstead P.C., 401 Congress Avenue, Suite 2100 Austin, Texas 78701, ph (512) 370-2800.

5.   I am duly admitted to and a member in good standing of the bar of the following jurisdictions: the United States Supreme Court; the Fifth Circuit Court of Appeals, the Tenth Circuit Court of Appeals; the United States District Courts for the Western, Northern, and Southern Districts of Texas; the United States District Courts for the Western and North Districts of Oklahoma; the State Bar of Texas; and the State Bar of Oklahoma.

6.   I have not been disciplined by any bar. I have not been admitted *pro hac vice* in this Court in the past two years.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Declaration are true and correct to the best of my knowledge, information and belief.

Executed this 25th day of October, 2007, in Austin, Texas.

By: _____
Linda J. Burgess

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>HON. ALPHONSO JACKSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Civil Action No. 07-1752 (PLF) |

### DECLARATION OF ALEJANDRO S. VALDES

I, Alejandro S. Valdes, do affirm under the penalties of perjury, depose and say as follows:

7. I am an attorney with the firm of Winstead P.C., 401 Congress Avenue, Suite 2100 Austin, Texas 78701, ph (512) 370-2800.

8. I am duly admitted to and a member in good standing of the bar of the following jurisdictions: the Fifth Circuit Court of Appeals; the United States District Court for the Western District of Texas; and the State Bar of Texas.

9. I have not been disciplined by any bar. I have not been admitted *pro hac vice* in this Court in the past two years.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Declaration are true and correct to the best of my knowledge, information and belief.

Executed this 25th day of October, 2007, in Austin, Texas.

By: _____
Alejandro S. Valdes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERIDREAM, INCORPORATED;** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 07-1752 (PLF)<br>) |
| **HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,** | )<br>)<br>)<br>)<br>)<br>) |
| **Defendant.** | )<br>) |

## ORDER

Now before the Court is the Motion for Admission Pro Hac Vice ("Motion") filed by Tessa L. Frederick, seeking an Order permitting Craig T. Enoch, Linda J. Burgess, and Alejandro S. Valdes, attorneys with the law firm of Winstead PC, to appear as counsel for the Freedom Home Baptist Church, Inc. and The Dove Foundation, Inc.

Having considered the Motion, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice is GRANTED.

IT IS FURTHER ORDERED that Craig T. Enoch, Linda J. Burgess, and Alejandro S. Valdes Motion for Emergency Hearing are ADMITTED, *pro hac vice*, to this Court for purposes of representing the Freedom Home Baptist Church, Inc. and The Dove Foundation, Inc. in this case.

IT IS SO ORDERED.

_____                   Dated: _____, 2007.
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE