IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>HON. ALPHONSO JACKSON )<br>SECRETARY OF THE UNITED )<br>STATES DEPARTMENT OF )<br>HOUSING AND URBAN )<br>DEVELOPMENT, )<br>  )<br>Defendant. ) | Civil Action No. 07-1752 (PLF) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, trial attorney Tamara Ulrich of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance as counsel on behalf of Defendant Alphonso Jackson, Secretary of the United States Department of Housing and Urban Development, in the above-captioned case. Ms. Ulrich's telephone and facsimile numbers and electronic mail address are listed below:

> Tamara Ulrich
> (202) 305-1432 (tel)
> (202) 616-8470 (fax)
> tamara.ulrich@usdoj.gov

Dated: October 29, 2007           Respectfully submitted,

                                  PETER D. KEISLER
                                  Assistant Attorney General

                                  JEFFREY A. TAYLOR
                                  United States Attorney

*/s/ Tamara Ulrich*
MICHAEL SITCOV
TAMARA ULRICH
CHRISTOPHER HALL
ROBERT J. KATERBERG
SCOTT RISNER
Trial Attorneys
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-1432
Fax: (202) 616-8470