UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED;<br><br>Plaintiff,<br><br>v.<br><br>HON. ALPHONSO JACKSON<br>SECRETARY OF THE UNITED<br>STATES DEPARTMENT OF<br>HOUSING AND URBAN<br>DEVELOPMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1752 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EMERGENCY HEARING ON FREEDOM HOME BAPTIST
CHURCH, INC.'S AND THE DOVE FOUNDATION, INC.'S
<u>MOTION TO INTERVENE</u>**

Freedom Home Baptist Church, Inc. dba Genesis Housing Development Corp. and The Dove Foundation, Inc. dba American Family Funds Down Payment Gift Program move for an emergency hearing on their Motion to Intervene, filed simultaneously herewith. In support of their motion for an emergency hearing, the Baptist Church and The Dove state as follows:

1. Freedom Home Baptist Church, Inc. ("Baptist Church") and The Dove Foundation, Inc. ("The Dove") are non-profit religious organizations providing community services, including participating in down payment assistance (DPA) programs privately funded in large measure by real estate sellers and developers. The United States Department of Housing and Urban Development ("HUD") recently issued a final rule that prohibits contributions from these sources to be used in DPA programs (the "Regulation") as of October 31, 2007. Before issuing the Regulation, however, HUD agreed that, in the event it changed its policies regarding DPA programs or the source of borrower down payment funds, any such changes would apply to organizations such as the Baptist Church and The Dove six months after the final

promulgation and issuance of any such changes.[1]  Despite this agreement, HUD has not represented that it is willing to honor this agreement and stay application of the Regulation as to non-profit religious organizations providing DPA programs for six months.

2.  The Baptist Church and The Dove seek to challenge the Regulation and obtain a declaration that they are entitled to, at least, a stay of six months before the Regulation is applied to them.  Counsel for the Baptist Church and The Dove communicated with HUD's counsel to inquire as to whether HUD opposes intervention by the Baptist Church and The Dove and as to whether HUD would stay enforcement of the Regulation for six months.  HUD's counsel stated that HUD would not consider the request until the Baptist Church and The Dove intervene in the case.

3.  Given HUD's stance and the Regulation's impending effective date, the Baptist Church and The Dove must intervene and obtain an emergency hearing on their Motion to Intervene to continue their down payment assistance programs after October 31, 2007.

**WHEREFORE**, Freedom Home Baptist Church, Inc. and The Dove Foundation, Inc. respectfully request that the Court expedite consideration on the Motion to Intervene and hold a hearing on the motion as soon as possible.

Respectfully submitted this 25th day of October, 2007.

/s/  Craig T. Enoch
Craig T. Enoch (TX Bar No. 00000026) (pro hac vice admission pending)
Linda J. Burgess (TX Bar No. 03381300) (pro hac vice admission pending)
Alex S. Valdes (TX Bar No. 24037626) (pro hac vice admission pending)
Winstead PC
401 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 370-2800 (telephone)
(512) 370-2850 (facsimile)
cenoch@winstead.com

---

[1] In 1998, HUD reached an agreement with Nehemiah Home Ownership 2000 ("Nehemiah") – another non-profit organization with faith based heritage providing seller funded down payment assistance – that, in the event it changed its policies regarding DPA programs or the source of borrower down payment funds, "the changes will become applicable to Nehemiah <u>and</u> <u>all</u> <u>other</u> <u>similarly</u> <u>situated</u> <u>down</u> <u>payment</u> <u>assistance</u> <u>programs</u> six months after the final promulgation and issuance of any such changes."  (emphasis added).

/s/  Tessa L. Frederick_____
Tessa L. Frederick
D.C. Bar No. 46551
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
(410)385-3765 (telephone)
(410) 385-3700 (facsimile)
tfrederick@milesstockbridge.com

**ATTORNEYS FOR FREEDOM HOME BAPTIST CHURCH, INC.
and THE DOVE FOUNDATION, INC.**

### CERTIFICATE OF SERVICE

I certify that on October 25, 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Lee T. Ellis, Jr., Esquire
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036

Daniel Van Horn, Esquire
Assistant US Attorney for the District of Columbia
555 4th Street, N.W.
Washington, DC 20001

Robert M. Couch, Esquire
General Counsel
Office of General Counsel
U.S. Department of Housing and Urban Development
451 7th Street, S.W.
Washington, DC 20410-0500

Frank S. Swain, Esquire
Baker & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC 20005

David C. Merkin, Esquire
McMillan Metro, P.C.
1901 Research Blvd., Suite 500
Rockville, MD  20850

/s/     Tessa L. Frederick_____

Austin\_1\510776\2
999993-1249 10/25/2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED;<br><br>Plaintiff,<br><br>v.<br><br>HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1752 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Now before the Court is the Motion for Emergency Hearing (the "Motion") on the Motion to Intervene filed by Freedom Home Baptist Church, Inc. dba Genesis Housing Development Corp. and The Dove Foundation, Inc. dba American Family Funds Down Payment Gift Program.

Having considered the Motion, the Court finds that the Motion to Intervene filed by Freedom Home Baptist Church, Inc. dba Genesis Housing Development Corp. and The Dove Foundation, Inc. dba American Family Funds Down Payment Gift Program should be considered on an expedited basis.

IT IS THEREFORE ORDERED that the Motion for Emergency Hearing on the Motion to Intervene is GRANTED.

IT IS SO ORDERED.

_____   Dated: _____, 2007.
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE