UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMERIDREAM, INC., )
)
Plaintiff, )
)
v. ) Civil Action No. 07-1752 (PLF)
)
ALPHONSO JACKSON, Secretary, )
United States Department of Housing and )
Urban Development, )
)
Defendant. )
)

ORDER

This matter came before the Court for a hearing on October 31, 2007, on the motions of Partners In Charity, Inc., Futures Home Assistance Program, Sovereign Grant Alliance, Genesis Foundation, Home Downpayment Gift Foundation, Freedom Home Baptist Church, Inc., and The Dove Foundation, Inc. ("the Movants") for a preliminary injunction barring the United States Department of Housing and Urban Development ("HUD") from enforcing "Standards for Mortgagor's Investment in Mortgaged Property" ("the Regulation"), published in the Federal Register on October 1, 2007, and scheduled to take effect on October 31, 2007. Having considered the parties' briefs, the evidence submitted in support of and in opposition to the motion, and the arguments of counsel, the Court will grant the Movants' motions for a preliminary injunction for the reasons stated in open court.

Accordingly, it is hereby

ORDERED that the Partners In Charity, Inc., Futures Home Assistance Program, and Sovereign Grant Alliance Motion for a Preliminary Injunction [20] is GRANTED; and it is

FURTHER ORDERED that Genesis' and Home Downpayment Gift Foundation's Motion for a Preliminary Injunction [21] is GRANTED; and it is

FURTHER ORDERED that Freedom Home Baptist Church, Inc. and The Dove Foundation, Inc.'s Application for Preliminary Injunction [28] is GRANTED; and it is

FURTHER ORDERED that the defendant is preliminarily enjoined from enforcing the Regulation until such time as this Court has rendered a decision on the parties' motions for summary judgment; and it is

FURTHER ORDERED that all parties will be bound by the briefing schedule set out in the Stipulation and Order [10] filed by plaintiff AmeriDream, Inc. and the defendant and approved by the Court on October 24, 2007.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 10/31/07