UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, *et al.* ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1752 (PLF) |
| ) | |
| HON. ALPHONSO JACKSON ) | |
| SECRETARY OF THE UNITED ) | |
| STATES DEPARTMENT OF ) | |
| HOUSING AND URBAN ) | |
| DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE
ATTORNEY UNDER U.S. DISTRICT COURT RULE LCvR 83.2 (d)
ADMISSION TO THE BAR OF U.S. DISTRICT COURT**

I, David C. Merkin, attorney of record in the present case, hereby request this honorable Court to admit the following individual:

> Michael S. Rothman
> 401 East Jefferson St
> Suite 201
> Rockville, MD 20850
> (301) 251-9660
> D.C. Bar No. 467479

to practice in the U.S. District Court for the limited purpose of appearing and participating in the action as co-counsel. Mr. Rothman is an out-of-state attorney who is a member in good standing of the bars of the State of Maryland and the District of Columbia.

Respectfully submitted,

_____/s/_____
David C. Merkin
McMillan Metro P.C.
1901 Research Blvd.
Suite 500
Rockville, MD 20850
(301) 251-1180 Ext 330

## CERTIFICATE AS TO SPECIAL ADMISSIONS

I, Michael Rothman, certify on this 5th day of November, 2007, that during the preceding twelve months, I have not been specially admitted in the U.S. District Court.

Respectfully submitted,

_____/s/_____
Michael S. Rothman
401 East Jefferson St
Suite 201
Rockville, MD 20850
(301) 251-9660

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lee T. Ellis, Jr.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Christopher Hall
Assistant United States Attorney for the District of Columbia
555 4th Street, N.W,
Washington, DC 20001

Frank S. Swain
Bakers & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC 20005

Craig T. Enoch
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701

Tessa L. Frederick
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

_____/s/_____
David C. Merkin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, )<br>THE GENESIS FOUNDATION, )<br>HOME DOWNPAYMENT GIFT )<br>FOUNDATION, PARTNERS IN )<br>CHARITY, INC. and FUTURES )<br>HOME ASSISTANCE PROGRAM, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>HON. ALPHONSO JACKSON )<br>SECRETARY OF THE UNITED )<br>STATES DEPARTMENT OF )<br>HOUSING AND URBAN )<br>DEVELOPMENT, )<br>)<br>    Defendant. ) | Civil Action No. 07-1752 (PLF) |

**ORDER**

    Upon consideration of the Defendant's Motion for Special Admission of Out-Of-State Attorney Under U.S. District Court Rule LCvR 83.2 (d) of the Rules Governing the Practice of Attorneys and any response or opposition thereto by the U.S. District Court, it is ordered this _____ day of _____, 2007 that the Defendant's Motion be and hereby is ***GRANTED***; and it is further

    **ORDERED**, that State of Maryland and District of Columbia Attorney Michael S. Rothman is admitted specially for the limited purpose of appearing and participating in this case as co-counsel for Plaintiff Partners in Charity, Inc and Futures Home Assistance Program, and it is further

**ORDERED**, that the Clerk forward a true copy of the Motion and of this Order to the State Court Administrator.

_____
Judge, U.S. District Court