UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1752 (PLF) |
| ) | |
| HON. ALPHONSO JACKSON ) | |
| SECRETARY OF THE UNITED ) | |
| STATES DEPARTMENT OF ) | |
| HOUSING AND URBAN ) | |
| DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE
ATTORNEY UNDER U.S. DISTRICT COURT RULE LCvR 83.2 (d)
ADMISSION TO THE BAR OF U.S. DISTRICT COURT**

I, David C. Merkin, attorney of record in the present case, hereby request this honorable Court to admit the following individual:

> Jerome A. Tatar
> Suite 218
> 790 Frontage Road
> Northfield, Illinois 60093
> Tel: (847) 441-4318
> Fax: (847) 441-4319
> tatarlaw@yahoo.com

to practice in the U.S. District Court for the limited purpose of appearing and participating in the action as co-counsel. Mr. Tatar is an out-of-state attorney who is a member in good standing of the bars of the State of Illinois and the United States District Court for the Northern District of Illinois.

                Respectfully submitted,

                _____/s/_____
                David C. Merkin
                McMillan Metro P.C.
                1901 Research Blvd.
                Suite 500
                Rockville, MD 20850
                (301) 251-1180 Ext 330
                dmerkin@mcmillanmetro.com

## **CERTIFICATE AS TO SPECIAL ADMISSIONS**

     I, Jerome A. Tatar, certify on this 5th day of November, 2007, that during the preceding twelve months, I have not been specially admitted in the U.S. District Court.

                Respectfully submitted,


                _____/s/  Jerome A. Tatar
                Jerome A. Tatar
                Suite 218
                790 Frontage Road
                Northfield, Illinois 60093
                Tel: (847) 441-4318
                Fax: (847) 441-4319
                tatarlaw@yahoo.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lee T. Ellis, Jr.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Christopher Hall
Assistant United States Attorney for the District of Columbia
555 4th Street, N.W,
Washington, DC 20001

Frank S. Swain
Bakers & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC 20005

Craig T. Enoch
Winstead PC
401 Congress Ave., Suite 2100
Austin, TX 78701

Tessa L. Frederick
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

                                              _____
                                              David C. Merkin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED,   )<br>THE GENESIS FOUNDATION,   )<br>HOME DOWNPAYMENT GIFT   )<br>FOUNDATION, PARTNERS IN   )<br>CHARITY, INC. and FUTURES   )<br>HOME ASSISTANCE PROGRAM,   )<br>      )<br>   Plaintiffs,   )<br>      )<br>  v.   )   Civil Action No. 07-1752 (PLF)<br>      )<br>HON. ALPHONSO JACKSON   )<br>SECRETARY OF THE UNITED   )<br>STATES DEPARTMENT OF   )<br>HOUSING AND URBAN   )<br>DEVELOPMENT,   )<br>      )<br>   Defendant.   ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Special Admission of Out-Of-State Attorney Under U.S. District Court Rule LCvR 83.2 (d) of the Rules Governing the Practice of Attorneys and any response or opposition thereto by the U.S. District Court, it is ordered this _____ day of _____, 2007 that the Defendant's Motion be and hereby is ***GRANTED***; and it is further

**ORDERED**, that State of Illinois Attorney Jerome A. Tatar is admitted specially for the limited purpose of appearing and participating in this case as co-counsel for Plaintiff Partners in Charity, Inc and Futures Home Assistance Program, and it is further

**ORDERED**, that the Clerk forward a true copy of the Motion and of this Order to the State Court Administrator.

_____
Judge, U.S. District Court