UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERIDREAM, INCORPORATED, THE GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, THE SOVEREIGN GRANT ALLIANCE, THE FUTURE HOME ASSISTANCE PROGRAM, and PARTNERS IN CHARITY, INC. | ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1752 (PLF) |
| HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) ) | |
| Defendant. | ) ) | |

**GENESIS'S AND HOME DOWNPAYMENT GIFT
FOUNDATION'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Genesis Foundation ("Genesis") and the Home Downpayment Gift Foundation ("HDGF") move for summary judgment on their complaint for a permanent injunction preventing the United States Department of Housing and Urban Development ("HUD") from enforcing the "Standards for Mortgagor's Investment in Mortgaged Property" ("the Regulation"), published in the Federal Register on October 1, 2007. In support of this Motion, Genesis and HDGF rely on FRCP 56, LCvR 56.1, their Statement Of Material Facts As To Which There Is No Genuine Issue, filed concurrently, and the points and authorities set forth in AmeriDream's Motion for Summary Judgment, AmeriDream's Rule 7(h) Statement Of Material Facts As To Which There Is No

-2-

Genuine Issue, and AmeriDream's Memorandum Of Points And Authorities In Support of Plaintiff's Motion For Summary Judgment.

WHEREFORE, Genesis and HDGF respectfully request that the Court enter summary judgment in their favor and against HUD, enter a permanent injunction barring HUD's enforcement of the Regulation, and award Genesis and HDGF all other appropriate relief.

Respectfully submitted this 16th day of November, 2007.

/s/ Frank S. Swain
Frank S. Swain, #427792
Baker & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC  20005
Telephone  202.312.7440
Facsimile  202.312.7460
frank.swain@bakerd.com

Attorneys for Genesis Foundation and Home Downpayment Gift Foundation

-3-

## CERTIFICATE OF SERVICE

I certify that on November 16, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lee T. Ellis, Jr.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036

Daniel Van Horn
Assistant United States Attorney for the
District of Columbia
555 4th Street, N.W.
Washington, DC  20001

Robert M. Couch
General Counsel
Office of General Counsel
U.S. Department of Housing and Urban Development
451 7th Street, S.W.
Washington, DC  20410-0500

Tessa Laspia Frederick
Miles & Stockbridge, PC
10 Light Street, Suite 1200
Baltimore, MD  21202

Jerome A. Tatar
Law Office of Jerome A. Tatar
790 Frontage Road, Suite 218
Northfield, IL  60093

David C. Merkin
McMillan Metro, PC
1901 Research Blvd., Suite 1100
Rockville, MD  20850

Alejandro S. Valdes
Craig T. Enoch
Linda J. Burgess
Winstead P.C.
401 Congress Avenue, Suite 2100
Austin, TX  78701

Robert J. Katerberg
Scott Risner
Christopher R. Hall
U.S. Department of Justice,
Civil Division, Federal Programs
20 Massachusetts Avenue, NW
Washington, DC  20530

Michael S. Rothman
Law Office of Michael S. Rothman
401 East Jefferson Street, Suite 201
Rockville, MD  20850

Tamara Lynn Ulrich
U.S. Department of Justice
PO Box 883
Washington, DC  20044


/s/ Frank S. Swain
_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERIDREAM, INCORPORATED, THE GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, THE SOVEREIGN GRANT ALLIANCE, THE FUTURE HOME ASSISTANCE PROGRAM, and PARTNERS IN CHARITY, INC. | ) ) ) ) ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 07-1752 (PLF) |
| HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) |  |
| Defendant. | ) ) |  |

## STATEMENT OF MATERIAL FACTS
## AS TO WHICH THERE IS NO GENUINE ISSUE

The Genesis Foundation ("Genesis") and Home Downpayment Gift Foundation ("HDGF") have filed a motion for summary judgment on their complaint for a permanent injunction preventing the United States Department of Housing and Urban Development ("HUD") from enforcing the "Standards for Mortgagor's Investment in Mortgaged Property" ("the Regulation"), published in the Federal Register on October 1, 2007. For their statement of material facts as to which there is no genuine issue pursuant to LCvR 7(h), Genesis and HDGF (a) incorporate by reference the Rule 7(h) Statement filed by AmeriDream in support of its concurrent motion for summary judgment, and (b) submit this supplemental statement of

BDDB01 4944182v2

-2-

material facts as to which there is no genuine issue setting forth facts in addition to those incorporated by reference from AmeriDream's statement.

1. Genesis and HDGF are two of the largest non-profit organizations providing downpayment assistance in America. From January through September 2007, Genesis and HDGF have collectively helped over 30,000 homebuyers. This represents $165 million in equity. *Appendix p. 13[1], Declaration of Kelly Schwedland ("Schwedland Decl.") at ¶ 6.*

2. Genesis relies on contributions from home sellers and builders to provide seller-funded downpayment assistance ("SFDPA") to low- and moderate-income homebuyers. If SFDPA is eliminated, Genesis will be forced to go out of business. *Appendix p. 13, Schwedland Decl. at ¶ 3.*

3. Genesis currently enables approximately 30,000 individuals and families to purchase homes each year. From January 1, 2007 to September 30, 2007, Genesis provided $87,451,253.17 in grants to 18,747 homebuyers. Genesis currently has 3,282 homebuyers scheduled to receive grants in October. *Appendix p. 13, Schwedland Decl. at ¶ 5.*

4. The majority of Genesis's clients are first-time homebuyers. Many of Genesis's clients are minorities, women, and single parents. *Appendix p. 13, Schwedland Decl. at ¶ 7.*

5. In addition to downpayment assistance, Genesis offers important ancillary services such as its mortgage protection program. *Appendix p. 13, Schwedland Decl. at ¶ 10.*

---

[1] All documents cited in this Statement are contained in the Appendix in support of the Motion For Preliminary Injunction filed by Genesis and HDGF on October 26, 2007 (Docket Numbers 21-22) and admitted into the record at the preliminary injunction hearing on October 30, 2007.

6.  Fifty-six (56) people work for Genesis, most as employees. Genesis's employees are highly skilled people who have been with the company for a long time. *Appendix p. 13, Schwedland Decl. at ¶ 8.*

7.  HDGF also relies on contributions from home sellers and builders to provide SFDPA to low- and moderate-income homebuyers. If SFDPA is eliminated, HDGF will be forced to go out of business. *Appendix p. 17, Declaration of Rick Del Sontro ("Del Sontro Decl.") at ¶ 3.*

8.  HDGF will not be able to attract contributions as it has in the past if SFDPA is eliminated. *Appendix p. 17, Del Sontro Decl. at ¶ 4.*

9.  HDGF provided grants to 1,656 homebuyers in the month of August 2007. HDGF will help approximately 20,000 families and individuals this year. *Appendix p. 17, Del Sontro Decl. at ¶ 5.*

10. Most of HDGF's clients are minorities, women, and single parents. Eighty-eight percent (88%) of HDGF's clients are first-time homebuyers. *Appendix p. 17, Del Sontro Decl. at ¶ 6.*

11. HDGF provides a number of services that benefit the public. Its Pre-Homebuyer Education program will serve more than 7,000 individuals this year. This is important because the great majority of the first-time homebuyers that HDGF serves have no formal understanding of homeownership or the financial obligations that are associated with this significant, life-changing event. *Appendix p. 17, Del Sontro Decl. at ¶ 8.*

12. HDGF also provides job loss insurance policies at no cost to homebuyers. A major reason for mortgage defaults within the FHA portfolio is loss of employment. HDGF's

policy provides coverage of up to six mortgage payments per year in the event of job loss. *Appendix p. 17, Del Sontro Decl. at ¶ 9.*

13. HDGF also addresses job loss and other financial emergencies through its Rainy Day Program. This year, HDGF will provide nearly $1,000,000 in funds to this program. Additionally the Rainy Day Program will give nearly $500,000 in grants for assistance to low-to-moderate income homeowners who experience short-term financial challenges. *Appendix p. 17, Del Sontro Decl. at ¶ 10.*

14. HDGF offers early delinquency counseling, which is critical to fixing financial problems and changing problematic behaviors before they become irreversible. *Appendix p. 17, Del Sontro Decl. at ¶ 11.*

15. Approximately thirty people work for HDGF. Many of HDGF's employees are specialized workers who have been working in this business for some time. *Appendix p. 17, Del Sontro Decl. at ¶ 7.*

16. HDGF submitted comments in response to HUD's Regulation (a) stating that "the elimination of seller assisted down payment programs would do dramatically more harm than good and would jeopardize over 100,000 potential homebuyers annually;" (b) stating that the best thing to do to prevent default is "to adequately educate homebuyers and to mitigate on their behalf;" (c) suggesting that HUD require pre- and post-purchase homebuyer counseling; (d) suggesting that HUD implement a Mortgage Protection Program and an Emergency Mortgage Assistance Program; (e) stating that HUD had failed to provide reliable research or data to support the Regulation; and (f) suggesting that HUD provide stricter enforcement of appraisal regulations to reduce the risk of inflated housing prices. *Appendix p. 14, October 26th Del Sontro Decl. at ¶ 3; Appendix p.26-30, HDGF Public Comments.*

-5-

17. The National Association of Home Builders ("NAHB") submitted comments in response to HUD's Regulation suggesting that HUD require homebuyer counseling, include seller-funded downpayment assistance with seller concessions, and strengthen appraisal and underwriting standards. FHA allows sellers and other parties of interest to contribute up to six percent of a property's sale price toward home buyers' closing costs, prepaid expenses, discount points, and other financing concessions. NAHB suggested that HUD include SFDPA in this six percent of permissible seller concessions. *Appendix p. 32, October 26th Schwedland Decl. at ¶ 5; Appendix p. 38-42, NAHB Public Comments.*

Respectfully submitted this 16th day of November, 2007.

/s/ Frank S. Swain
Frank S. Swain, #427792
Baker & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC  20005
Telephone  202.312.7440
Facsimile  202.312.7460
frank.swain@bakerd.com

Attorneys for Genesis Foundation and Home Downpayment Gift Foundation

Case 1:07-cv-01752-PLF    Document 38-2    Filed 11/16/2007    Page 5 of 6

-5-

17. The National Association of Home Builders ("NAHB") submitted comments in response to HUD's Regulation suggesting that HUD require homebuyer counseling, include seller-funded downpayment assistance with seller concessions, and strengthen appraisal and underwriting standards.  FHA allows sellers and other parties of interest to contribute up to six percent of a property's sale price toward home buyers' closing costs, prepaid expenses, discount points, and other financing concessions.  NAHB suggested that HUD include SFDPA in this six percent of permissible seller concessions.  *Appendix p. 32, October 26th Schwedland Decl. at ¶ 5; Appendix p. 38-42, NAHB Public Comments.*

Respectfully submitted this 16th day of November, 2007.

/s/ Frank S. Swain
Frank S. Swain, #427792
Baker & Daniels LLP
805 15th Street NW, Suite 700
Washington, DC  20005
Telephone  202.312.7440
Facsimile  202.312.7460
frank.swain@bakerd.com

Attorneys for Genesis Foundation and Home Downpayment Gift Foundation

-5-

BDDB01 4944182v2

-6-

## CERTIFICATE OF SERVICE

I certify that on November 16, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lee T. Ellis, Jr.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036

Daniel Van Horn
Assistant United States Attorney for the
District of Columbia
555 4th Street, N.W.
Washington, DC  20001

Robert M. Couch
General Counsel
Office of General Counsel
U.S. Department of Housing and Urban Development
451 7th Street, S.W.
Washington, DC  20410-0500

Tessa Laspia Frederick
Miles & Stockbridge, PC
10 Light Street, Suite 1200
Baltimore, MD  21202

Jerome A. Tatar
Law Office of Jerome A. Tatar
790 Frontage Road, Suite 218
Northfield, IL  60093

David C. Merkin
McMillan Metro, PC
1901 Research Blvd., Suite 1100
Rockville, MD  20850

Alejandro S. Valdes
Craig T. Enoch
Linda J. Burgess
Winstead P.C.
401 Congress Avenue, Suite 2100
Austin, TX  78701

Robert J. Katerberg
Scott Risner
Christopher R. Hall
U.S. Department of Justice,
Civil Division, Federal Programs
20 Massachusetts Avenue, NW
Washington, DC  20530

Michael S. Rothman
Law Office of Michael S. Rothman
401 East Jefferson Street, Suite 201
Rockville, MD  20850

Tamara Lynn Ulrich
U.S. Department of Justice
PO Box 883
Washington, DC  20044

/s/ Frank S. Swain

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, THE GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, THE SOVEREIGN GRANT ALLIANCE, THE FUTURE HOME ASSISTANCE PROGRAM, and PARTNERS IN CHARITY, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HON. ALPHONSO JACKSON SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>　　　　　　Defendant. | Civil Action No. 07-1752 (PLF) |

ORDER GRANTING
GENESIS'S AND HOME DOWNPAYMENT GIFT
FOUNDATION'S MOTION FOR SUMMARY JUDGMENT

This matter came before the Court on the motion of the Genesis Foundation ("Genesis") and the Home Downpayment Gift Foundation ("HDGF") for summary judgment on their complaint for a permanent injunction preventing the United States Department of Housing and Urban Development ("HUD") from enforcing the "Standards for Mortgagor's Investment in Mortgaged Property" ("the Regulation"), published in the Federal Register on October 1, 2007. Having considered the parties' briefs, the evidence submitted in support of and in opposition to the motion, and the arguments of counsel, the Court will grant Genesis's and HDGF's motion for preliminary injunction.

BDDB01 4946955v1

-2-

Accordingly, it is hereby

ORDERED that the Motion for Summary Judgment filed by Genesis and HDGF is GRANTED; and it is

FURTHER ORDERED that the Motion for Summary Judgment filed by defendant is DENIED; and it is

FURTHER ORDERED that the defendant is permanently enjoined from enforcing the Regulation.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

Dated _____