**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

_____
                                         )
**AMERIDREAM, INCORPORATED,**            )
**THE GENESIS FOUNDATION,**              )
**HOME DOWNPAYMENT GIFT**                )
**FOUNDATION, THE SOVEREIGN**            )
**GRANT ALLIANCE, THE FUTURE**           )
**HOME ASSISTANCE PROGRAM, and**         )
**PARTNERS IN CHARITY, INC.**            )
                                         )
        **Plaintiff,**                   )
                                         )
        **v.**                           )        **Civil Action No. 07-1752 (PLF)**
                                         )
**HON. ALPHONSO JACKSON**                )
**SECRETARY OF THE UNITED**              )
**STATES DEPARTMENT OF**                 )
**HOUSING AND URBAN**                    )
**DEVELOPMENT,**                         )
                                         )
        **Defendant.**                   )
_____

<u>**PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM AND
SOVEREIGN GRANT ALLIANCE'S MOTION FOR SUMMARY JUDGMENT**</u>

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Partners in Charity, Inc.

("PIC"), Futures Home Assistance Program ("FHAP"), and Sovereign Grant Alliance

("Sovereign"), by and through undersigned counsel, respectfully move this Court for the

entry of summary judgment on its complaint for permanent injunctive relief preventing the

United States Department of Housing and Urban Development ("HUD") from enforcing its

recently promulgated rule entitled "Standards for Mortgagor's Investment in Mortgaged

Property", 72 Fed. Reg. 56, 002-07 (Oct. 1, 2007) (to be codified at 24 C.F.R. pt. 203)

(hereinafter, "the Regulation") and declaring the Regulation unenforceable and contrary to law.

In support of this Motion, PIC, FHAP, and Sovereign rely on FRCP 56, LCvR 56.1, their Statement of Undisputed Material Facts which is attached and incorporated by reference hereto, and the reasons set forth in AmeriDream's Motion for Summary Judgment and supporting Memorandum of Points and Authorities, incorporated by reference pursuant to Fed. R. Civ. P. 10(c).

WHEREFORE, PIC, FHAP, and Sovereign respectfully request that the Court grant this motion for summary judgment, enter a permanent injunction barring HUD's enforcement of the Regulation, and provide all other appropriate relief.

Respectfully submitted,


/s/  David C. Merkin
David C. Merkin
DC Bar No. 435330
McMillan Metro, P.C.
1901 Research Blvd., Suite 500
Rockville, MD 20850
Tel. (301) 251-1180
Fax (301) 251-0447
dmerkin@mcmillanmetro.com

/s/  Jerome A. Tatar
Jerome A. Tatar
790 Frontage Road, Suite 218
Northfield, IL 60093
Tel. (847) 441-4318
Fax (847) 441-4319

/s/ Michael S. Rothman
Michael S. Rothman
Law Office of Michael S. Rothman
401 East Jefferson Street
Suite 201
Rockville, MD  20850
Tel. (301) 251-9660
Fax. (301) 251-9610
mike@mikerothman.com

Attorneys for Partners in Charity, Inc. and
Future Home Assistance Program and
Sovereign Grant Alliance

CERTIFICATE OF SERVICE

I certify that on this 16th day of November 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Lee T. Ellis, Jr.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036

Robert J. Katerberg
Michael Sitcov
Christopher R. Hall
Scott Risner
Tamara Lynn Ulrich
U.S. Department of Justice
20 Massachusetts Avenue, NW
Room 7224
Washington, DC  20530

Frank S. Swain
Baker & Daniels LLP
805 15th Street, N.W.
Suite 700
Washington, DC  20005

Tessa Laspia Frederick
Miles & Stockbridge, PC
10 Light Street, Suite 1200
Baltimore, MD 21202

Craig T. Enoch
Alejandro S. Valdes
Linda J. Burgess
Winstead P.C.
401 Congress Ave., Suite 2100
Austin, TX 78701


                    /s/ David C. Merkin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERIDREAM, INCORPORATED,    )
THE GENESIS FOUNDATION,    )
HOME DOWNPAYMENT GIFT    )
FOUNDATION, PARTNERS IN    )
CHARITY, INC. and FUTURES    )
HOME ASSISTANCE PROGRAM,    )
    )
    Plaintiffs,    )
    )
v.    )    Civil Action No. 07-1752 (PLF)
    )
HON. ALPHONSO JACKSON    )
SECRETARY OF THE UNITED    )
STATES DEPARTMENT OF    )
HOUSING AND URBAN    )
DEVELOPMENT,    )
    )
    Defendant.    )

**PARTNERS IN CHARITY, INC.'S, FUTURES HOME ASSISTANCE PROGRAM'S**
**AND SOVEREIGN GRANT ALLIANCE'S RULE 7(h) STATEMENT OF**
**MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to LCvR7(h), the United States District Court for the District of Columbia

requires that each motion for summary judgment shall be accompanied by a statement of

material facts as to which there is no genuine issue. For their statement, Plaintiffs Partners in

Charity, Inc. ("PIC"), Futures Home Assistance Program ("FHAP") and Sovereign Grant

Alliance ("Sovereign") incorporate by reference, as if set forth in full herein, Plaintiff

AmeriDream Incorporated's Rule 7(h) Statement of Material Facts as to Which There is No

Genuine Issue and, further, set forth as follows:

1.    Plaintiff Partners In Charity, Inc. ("PIC") also operates under the assumed name of

Futures Home Assistance Program ("FHAP"). (Konkus Aff.[1] ¶ 1)

---

[1] "Konkus Aff." refers to the Affidavit of Charles Konkus and "Whipple Aff." refers to the Affidavit of Michael
Whipple, previously submitted to this Court with PIC, FHAP and Sovereign's Motion for Preliminary Injunction, a

2.    PIC is a 501(c)(3) organization.  (Konkus Aff. ¶ 3)

3.    Sovereign is an Idaho Corporation.

4.    Defendant Alphonso Jackson is the Secretary of the United States Department of Housing and Urban Development ("HUD").  (Compl. ¶ 6[2])

### PIC's, FHAP's and Sovereign's Programs and Services

5.    PIC's, FHAP's   and Sovereign's mission is "to expand affordable housing opportunities for underserved groups and promote the value of homeownership as the foundation for building strong communities and individual prosperity." (Konkus Aff. ¶4)

6.    PIC, FHAP, and Sovereign provide a wide range of programs to benefit the families they serve.  These programs include: homebuyer education, community development, and privately-funded down payment gift assistance. (Konkus Aff. ¶5)

7.    PIC, FHAP, and Sovereign programs and services have, since their inception, been conducted with the explicit intention of enabling individuals and families to develop stability through homeownership. (Konkus Aff. ¶6)

8.    PIC and FHAP, serve low- and moderate-income individuals and families who are trying to qualify for Federal Housing Administration ("FHA") –insured loans, many of whom can meet all the requirements for an FHA-insured loan, such as employment history, income, and credit, yet cannot afford to set aside the minimum down payment of three (3%) percent of the contract sales price of their home.  A majority of the individuals benefiting from PIC and FHAP activities are minorities, female heads of household or single parents. (Konkus Aff. ¶7)

---

copy of which is attached hereto and incorporated herein as Exhibits 1 and 2.
[2] "Compl." refers to Partners In Charity, Inc.'s, Futures Home Assistance Program's and **Sovereign Grant**

9.  Sovereign is dedicated to serving low to moderate income families by providing financial assistance for the purchase of homes. (Whipple Aff. ¶3)

10. PIC's, FHAP's, and Sovereign's down payment assistance ("DPA") programs are designed to work with FHA and homebuyers to help homebuyers safely overcome the down payment barrier to homeownership while also giving them positive equity in their home from day one. Home purchases that utilize DPA comprise approximately 35 percent of FHA loans. Approximately 80 percent of the homes purchased with down payment assistance provided by PIC AND FHAP are purchased by first-time homebuyers. (Konkus Aff. ¶8)

11. PIC, FHAP, and Sovereign have relieved poverty, lessened the burdens of government, and improved community beautification and maintenance. PIC, FHAP, and Sovereign also help thousands of families break this cycle of poverty and develop financial independence, increases homeownership opportunities for thousands of underserved and traditionally disenfranchised populations, replace blight with development, and sustain strong communities. (Konkus Aff. ¶9)

12. Since 2000, PIC and FHAP have provided over 77,000 gifts to homebuyers, totaling over $279 million, resulting in $8.2 billion in FHA-insured loans. The average gift amount was $3,500 or 3.1% percent of the average purchase price of $110,000, and went to individuals and families with a median income of under $50,000. The median income of PIC and FHAP recipients has averaged 74 percent of the United States Department of Housing and Urban Development ("HUD") national area median income of that same period. (Konkus Aff. ¶10)

---

**Alliance's** Complaint for Declaratory and Injunctive Relief.

13.    Since 2000, the average house price for a PIC and FHAP gift recipient has been $110,000 compared to the HUD overall average of $116,000.  The PIC and FHAP average is also lower than the price of homes purchased with gifts from family, employers, or with no gifts. (Konkus Aff. ¶11)

14.    While DPA programs began primarily as faith-based initiatives, PIC, FHAP, and Sovereign rely on other sources of support, particularly from within the real estate industry.  This expanded support base-home builders and home sellers-has enabled PIC, FHAP, and Sovereign to extend down payment assistance to far more families who are then able to purchase homes at valuations validated by HUD-certified appraisers. (Konkus Aff. ¶12)

15.    This expanded support base has also permitted PIC's, FHAP's, and Sovereign's DPA programs to grow without reliance on taxpayer dollars.  No government funds are used. (Konkus Aff. ¶13)

16.    In addition to helping families purchase homes, PIC, FHAP, and Sovereign provide education and other resources needed to help families meet the responsibilities of homeownership.  Since 2000, PIC and FHAP have educated homebuyers through their homebuyer education course; and is responsible for building affordable housing units in inner cities in areas such as Chicago, IL, Gary, IN and San Antonio, TX. (Konkus Aff. ¶14)

17.    PIC's and FHAP's homebuyer education program helped give homebuyers the tools to understand what it means to purchase, own, and keep their own home.  The program is free and offered both online and in seminars throughout the country.  An ancillary benefit of this service is that some lenders require evidence of participation

in a homebuyer education class.  Therefore, at the end of this course, we provide a certificate of completion.  Every home buyer that receives a PIC or FHAP Grant must complete a homebuyer education course. (Konkus Aff. ¶15)

18.    PIC and FHAP continue to offer buyers advice before and after the purchase of their home.  PIC and FHAP, through their website and email information campaign, inform buyers of pitfalls and developed with experts from Carnegie Mellon University a credit watch open to anyone wanting credit help.  PIC and FHAP further help buyers by encouraging and educating them on the support of the National Organization of American Homeowners (NOAH) a Washington, DC based organization solely involved in on-going support for homeowners. (Konkus Aff. ¶16)

19.    PIC and FHAP are also some of the largest "anti-predatory" lending programs in America.  PIC and FHAP have directed buyers away from sub-prime loans, thus enabling thousands of individuals and families to avoid the tricks and traps of predatory lending. (Konkus Aff. ¶17)

20.    Through its development program, PIC builds new homes and renovates existing properties to create affordable housing opportunities for low- and moderate-income homebuyers. PIC is a HUD approved charity and has invested millions into its development projects over the last six years.  Projects included affordable housing developments in, *inter alia*, Chicago, IL, Gary, IN, Detroit, MI, Rockford, IL and San Antonio, TX.  PIC also redevelops HUD owned homes, taking a bad situation from HUD and recreating the HUD home to a quality low cost unit.  PIC has passed many HUD inspections and audits and will continue our inner city relationship.  PIC has

been able to offer DPA when selling these HUD homes, thus enabling inner city buyers to begin with equity in their new homes. (Konkus Aff. ¶18)

21. PIC, FHAP, and Sovereign raise money for down payment gifts from various sources. That money is deposited into a commingled account, which is episodically drawn upon to make down payment gifts to qualified homebuyers taken from a waiting list. The money is sent directly to the closing attorney and placed in the homebuyer's escrow account in advance of the loan closing. After the loan closes and the real estate transaction is complete, the seller of the property often pays the organization a service fee, typically within seven to ten days after closing. (Konkus Aff. ¶19)

22. The service fee is deposited into PIC's, FHAP's, and Sovereign's respective funds for DPA and is later used to help homebuyers requesting DPA, fund other charitable programs, and pay administrative costs. (Konkus Aff. ¶20)

23. The process described above was developed with the full knowledge of HUD's office of General Counsel. In 1998, HUD's office of General Counsel reviewed the DPA process used by PIC, FHAP, and Sovereign and found that it was in compliance with HUD's guidelines. (Konkus Aff. ¶21)

24. In a letter dated October 25, 2005 from HUD to the Government Accountability Office ("GAO"), Assistant Secretary for Housing and Federal Housing Commissioner Brian Montgomery stated that the Office of General Counsel determined that, in those instances where down payment assistance providers (such as PIC, FHAP, Sovereign, Nehemiah and AmeriDream) conformed to specified procedures regarding the processing of donation and the awarding of gifts, those gifts did not represent an improper inducement to purchase. (Konkus Aff. ¶22)

6

25.  For approximately 10 years, DPA programs like PIC, FHAP, and Sovereign have helped over one million individuals and families to buy their own homes, some 80 percent for the first time. (Konkus Aff. ¶27)

26.  Without funding from their sources in the real estate industry, PIC, FHAP, and Sovereign will not be able to continue helping deserving low- and moderate-income families and individuals become homeowners. (Konkus Aff. ¶28)

27.  Once PIC, FHAP, and Sovereign are prohibited from using funds provided by sources in the real estate industry to provide DPA assistance, the organizations will most likely have to close their doors soon thereafter. (Konkus Aff. ¶29)

28.  PIC, FHAP, and Sovereign are dependent on a highly skilled and specialized staff whose tenures with the organizations have lasted many years and who have developed relationships with industry partners and vendors that enable PIC, FHAP, and Sovereign to ensure that their resources are spent effectively and efficiently. These staff will very probably be recruited to other organizations if PIC, FHAP, and Sovereign are forced to suspend their operations.  A sudden loss of institutional knowledge of this magnitude will have a significantly deleterious effect on our ability to serve the public.  Any loss of staff due to the HUD Rule would likely be so time-consuming and expensive to overcome that it is probable that PIC, FHAP, and Sovereign would not be able to resume operations even if they prevailed in this action. (Konkus Aff. ¶30)

Respectfully submitted,

/s/ David C. Merkin
David C. Merkin
DC Bar No. 435330
McMillan Metro, P.C.
1901 Research Blvd., Suite 500
Rockville, MD 20850
Tel. (301) 251-1180
Fax (301) 251-0447
dmerkin@mcmillanmetro.com


Michael S. Rothman
D.C. Bar No. 467479
401 East Jefferson St,  Suite 201
Rockville, MD 20850
Tel. (301) 251-9660
Fax (301) 251-9610
mike@mikerothman.com

Jerome A. Tatar
790 Frontage Road, Suite 218
Northfield, IL 60093
Tel. (847) 441-4318
Fax (847) 441-4319
tatarlaw@yahoo.com

Attorneys for Partners in Charity, Inc. and
Future Home Assistance Program and
Sovereign Grant Alliance

# EXHIBIT 1

UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARTNERS IN CHARITY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )       Civil Action NO. 07-1752 (PLF) |
| | ) |
| HON. ALPHONSO JACKSON | ) |
| SECRETARY OF THE UNITED | ) |
| STATES DEPARTMENT OF | ) |
| HOUSING AND URBAN | ) |
| DEVELOPMENT, | ) |
| | ) |
| Defendant, | ) |
| | ) |

## AFFIDAVIT OF CHARLES KONKUS

1.  I have personal knowledge of the facts contained herein and I am competent to testify thereto.

2.  I am the President and Chief Executive Officer of Partners In Charity, Inc. ("PIC"), which also operates under the assumed name of Futures Home Assistance Program ("FHAP").

3.  PIC is a 501(c) (3) charitable organization.

4.  PIC's mission is "to expand affordable housing opportunities for underserved groups and promote the value of homeownership as the foundation for building strong communities and individual prosperity."

5.  PIC and FHAP provide a wide range of programs to benefit the families they serve. These programs include: homebuyer education, community development, and privately-funded down payment gift assistance.

6.  PIC and FHAP programs and services have, since their inception, been conducted with the explicit intention of enabling individuals and families to develop stability through homeownership.

7.  PIC and FHAP serve low- and moderate-income individuals and families who are trying to qualify for Federal Housing Administration ("FHA") –insured loans, many of whom can meet all the requirements for an FHA-insured loan, such as employment history, income, and credit, yet cannot afford to set aside the minimum down payment of three (3%) percent of the contract sales price of their home. A majority of the individuals benefiting from PIC and FHAP activities are minorities, female heads of household or single parents.

8.  PIC's and FHAP's down payment assistance ("DPA") programs are designed to work with FHA and homebuyers to help homebuyers safely overcome the down payment barrier to homeownership while also giving them positive equity in their home from day one. Home purchases that utilize DPA comprise approximately 35 percent of FHA loans. Approximately 80 percent of the homes purchased with down payment assistance provided by PIC AND FHAP are purchased by first-time homebuyers.

9.  PIC and FHAP have relieved poverty, lessened the burdens of government, and improved community beautification and maintenance. PIC and FHAP also help thousands of families break this cycle of poverty and develop financial independence, increases homeownership opportunities for thousands of underserved and traditionally disenfranchised populations, replaces blight with development, and sustains strong communities.

10. Since 2000, PIC and FHAP have provided over 77,000 gifts to homebuyers, totaling over $279 million, resulting in $8.2 billion in FHA-insured loans. The average gift amount was $3,500 or 3.1% percent of the average purchase price of $110,000, and went to individuals and families with a median income of under $50,000. The median income of PIC and FHAP recipients has averaged 74 percent of the United States Department of Housing and Urban Development ("HUD") national area median income of that same period.

11. Since 2000, the average house price for a PIC and FHAP gift recipient has been $110,000 compared to the HUD overall average of $116,000. The PIC and FHAP average is also lower than the price of homes purchased with gifts from family, employers, or with no gifts.

12. While DPA programs began primarily as faith-based initiatives, PIC and FHAP rely on other sources of support, particularly from within the real estate industry. This expanded support base-home builders and home sellers-has enabled PIC and FHAP to extend down payment assistance to far more families who are then able to purchase homes at valuations validated by HUD-certified appraisers.

13. This expanded support base has also permitted PIC's and FHAP's DPA programs to grow without reliance on taxpayer dollars. No government funds are used.

14.  In addition to helping families purchase homes, PIC and FHAP provide education and other resources needed to help families meet the responsibilities of homeownership. Since 2000, PIC and FHAP have educated homebuyers through their homebuyer education course; and is responsible for building affordable housing units in inner cities in areas such as Chicago, IL, Gary, IN and San Antonio, TX.

15.  PIC's and FHAP's homebuyer education program helped give homebuyers the tools to understand what it means to purchase, own, and keep their own home. The program is free and offered both online and in seminars throughout the country. An ancillary benefit of this service is that some lenders require evidence of participation in a homebuyer education class. Therefore, at the end of this course, we provide a certificate of completion. Every home buyer that receives a PIC or FHAP Grant must complete a homebuyer education course.

16.  PIC and FHAP continue to offer buyers advice before and after the purchase of their home. PIC and FHAP, through their website and email information campaign, inform buyers of pitfalls and developed with experts from Carnegie Mellon University a credit watch open to anyone wanting credit help. PIC and FHAP further help buyers by encouraging and educating them on the support of the National Organization of American Homeowners (NOAH) a Washington, DC based organization solely involved in on-going support for homeowners.

17.  PIC and FHAP are also some of the largest "anti-predatory" lending programs in America. PIC and FHAP have directed buyers away from sub-prime loans, thus enabling thousands of individuals and families to avoid the tricks and traps of predatory lending.

18.  Through its development program, PIC builds new homes and renovate existing properties to create affordable housing opportunities for low- and moderate-income homebuyers. PIC is a HUD approved charity and has invested millions into its development projects over the last six years. Projects included affordable housing developments in, *inter alia*, Chicago, IL, Gary, IN, Detroit, MI, Rockford, IL and San Antonio, TX. PIC also redevelops HUD owned homes, taking a bad situation from HUD and recreating the HUD home to a quality low cost unit. PIC has passed many HUD inspections and audits and will continue our inner city relationship. PIC has been able to offer DPA when selling these HUD homes, thus enabling inner city buyers to begin with equity in their new homes.

19.  PIC and FHAP raise money for down payment gifts from various sources. That money is deposited into a commingled account, which is episodicly drawn upon to make down payment gifts to qualified homebuyers taken from

a waiting list. The money is sent directly to the closing attorney and placed in the homebuyer's escrow account in advance of the loan closing. After the loan closes and the real estate transaction is complete, the seller of the property often pays the organization a service fee, typically within seven to ten days after closing.

20.   The service fee is deposited into PIC's and FHAP's fund for DPA and is later used to help homebuyers requesting DPA, fund other charitable programs, and pay administrative costs.

21.   The process described above was developed with the full knowledge of HUD's office of General Counsel. In 1998, HUD's office of General Counsel reviewed the DPA process used by PIC and FHAP and found that it was in compliance with HUD's guidelines.

22.   In a letter dated October 25, 2005 from HUD to the Government Accountability Office ("GAO"), Assistant Secretary for Housing and Federal Housing Commissioner Brian Montgomery stated that the Office of General Counsel determined that, in those instances where down payment assistance providers (such as PIC, FHAP, Nehemiah and AmeriDream) conformed to specified procedures regarding the processing of donation and the awarding of gifts, those gifts did not represent an improper inducement to purchase.

23.   HUD's standard form, HUD-1, which itemizes all funds associated with a new home purchase, reports the use of down payment assistance.

24.   HUD has issued several mortgage letters clarifying the appropriate use of down payment assistance. The letter did not question the way DPA providers are funded.

25.   HUD has made favorable statements about DPA programs in the past.

26.   HUD itself has utilized DPA programs when selling some of its own inventory of properties.

27.   For approximately 10 years, DPA programs like PIC's and FHAP's have helped over one million individuals and families to buy their own homes, some 80 percent for the first time.

28.   Without funding from their sources in the real estate industry, PIC and FHAP will not be able to continue helping deserving low- and moderate-income families and individuals become homeowners.

29.   Once PIC and FHAP are prohibited from using funds provided by sources in the real estate industry to provide DPA assistance, the organizations will most likely have to close their doors soon thereafter.

30.      PIC and FHAP are dependent on a highly skilled and specialized staff whose tenures with the organizations have lasted many years and who have developed relationships with industry partners and vendors that enable PIC and FHAP to ensure that their resources are spent effectively and efficiently. These staff will very probably be recruited to other organizations if PIC and FHAP are forced to suspend their operations. A sudden loss of institutional knowledge of this magnitude will have a significantly deleterious effect on our ability to serve the public. Any loss of staff due to the HUD Rule would likely be so time-consuming and expensive to overcome that it is probable that PIC and FHAP would not be able to resume operations even if they prevailed in this action.

Under penalty of perjury, I declare to the best of my knowledge and belief that the foregoing is true and correct.

Executed on October 25, 2007

Charles Konkus

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AMERIDREAM, INCORPORATED, THE GENESIS FOUNDATION, HOME DOWNPAYMENT GIFT FOUNDATION, PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM AND SOVEREIGN GRANT ALLIANCE** | ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-1752 (PLF) |
| vs. | ) ) ) | |
| HON. ALPHONSO JACKSON, SECRETARY OF THE US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## DECLARATION OF MICHAEL WHIPPLE

1.      I have personal knowledge of the facts contained herein and I am competent to testify thereto.

2.      I am the President and Chief Executive Officer of Sovereign Grant Alliance ("Sovereign Grants").

3.      Sovereign Grants is dedicated to assisting low to moderate income homebuyers purchase homes by providing assistance with the buyers down payment, one of the most significant obstacles to home purchase for those we are attempting to assist.

4.      Sovereign Grant Alliance is currently experiencing serious and significant damage from HUD's published regulation (the "Regulation") indicating that Nehemiah is the only down payment assistance program that may continue to operate after

October 30, 2007. Currently, we have only 25% of the transactions scheduled for November that we would normally have at this time. These transactions may all be cancelled as well if no relief is provided by the court.

5.      If the Regulation is allowed to take effect, Sovereign Grants will be forced out of business shortly after October 30, 2007.

6.      The majority of those assisted by Sovereign Grants are first-time homebuyers, many from underprivileged and underserved segments of society, including minorities, and single parents.

7.      Employees of Sovereign Grants are highly skilled and have long time experience in the down payment assistance industry.

8.      In addition to down payment assistance, Sovereign Grants offers important ancillary services such as buyer education.


        I declare under the penalties for perjury that the foregoing representations are true and correct.


Dated October 25, 2007

Michael Whipple

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**AMERIDREAM, INCORPORATED,**    )
**THE GENESIS FOUNDATION,**           )
**HOME DOWNPAYMENT GIFT**           )
**FOUNDATION, THE SOVEREIGN**      )
**GRANT ALLIANCE, THE FUTURE**     )
**HOME ASSISTANCE PROGRAM, and**  )
**PARTNERS IN CHARITY, INC.**         )
                                                    )
                    **Plaintiff,**                      )
                                                    )
        **v.**                                          )        **Civil Action No. 07-1752 (PLF)**
                                                    )
**HON. ALPHONSO JACKSON**            )
**SECRETARY OF THE UNITED**          )
**STATES DEPARTMENT OF**               )
**HOUSING AND URBAN**                    )
**DEVELOPMENT,**                             )
                                                    )
                    **Defendant.**                   )
_____

## <u>ORDER</u>

UPON CONSIDERATION of the Motion of Partners In Charity, Inc. ("PIC"),

Future Home Assistance Program ("FHAP") and Sovereign Grant Alliance ("Sovereign")

for summary judgment on their complaint for permanent injunction preventing the United

States Department of Housing and Urban Development ("HUD") from enforcing the

"Standards for Mortgagor's Investment in Mortgaged Property" ("Regulation"),

published in the Federal Register on October 1, 2007, and

Upon consideration of the HUD's motion for summary judgment, the parties'

briefs, the evidence submitted in support of and in opposition thereto, and oral argument,

the Court will GRANT PIC, FHAP and Sovereign's motion for permanent injunction; and,

Accordingly, it is hereby

ORDERED that the Motion for Summary Judgment filed by PIC, FHAP and Sovereign is GRANTED; and it is

FURTHER ORDERED that the Motion for Summary Judgment filed by defendant is DENIED; and it is

FURTHER ORDERED that the defendant is permanently enjoined from enforcing the Regulation.

SO ORDERED.


_____
PAUL L. FRIEDMAN
United States District Judge

Dated_____