IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, )<br>)<br>Plaintiff, )<br>and )<br>)<br>GENESIS FOUNDATION, HOME )<br>DOWNPAYMENT GIFT )<br>FOUNDATION, PARTNERS IN )<br>CHARITY, INC., FUTURES HOME )<br>ASSISTANCE PROGRAM, )<br>SOVEREIGN GRANT ALLIANCE, )<br>FREEDOM HOME BAPTIST )<br>CHURCH, INC., AND DOVE )<br>FOUNDATION, INC., )<br>)<br>Intervenors, )<br>v. )<br>)<br>HON. ALPHONSO JACKSON )<br>SECRETARY OF THE UNITED )<br>STATES DEPARTMENT OF )<br>HOUSING AND URBAN )<br>DEVELOPMENT, )<br>)<br>Defendant. ) | Civil Action No. 07-1752 (PLF) |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO ANSWER
COMPLAINTS OF PLAINTIFF AND PLAINTIFF-INTERVENORS**

Defendant respectfully requests that the Court enter an Order extending Defendant's deadline, if any, to answer or otherwise respond to the complaints filed by Plaintiff and Plaintiff-Intervenors until disposition of the parties' cross-motions for summary judgment. Pursuant to L. Civ. R. 7.1(m), undersigned Defendant's counsel has conferred with counsel for Plaintiff and Plaintiff-Intervenors, and Plaintiff and Plaintiff-Intervenors have authorized undersigned counsel to represent that they consent to this requested extension.

As background and basis for this motion, Defendant states the following:

1.  Plaintiff AmeriDream, Inc., filed its complaint in this action on October 1, 2007, and effected service upon the United States Attorney for the District of Columbia on October 2, 2007 [Docket Nos. 1, 6].  Pursuant to Fed. R. Civ. P. 12(a)(3)(A), Defendant's answer to the complaint of Plaintiff AmeriDream is due on December 3, 2007.

2.  Between October 22 and October 25, 2007, Plaintiff-Intervenors filed their motions to intervene, in each instance appending copies of their proposed complaints [Docket Nos. 12, 15, 24].  By separate minute orders dated October 25 and October 29, 2007, the Court granted each motion to intervene.  Thus, Defendant's answers to the complaints of Plaintiff-Intervenors would be due, if at all, on or about December 27, 2007 (for those whose motions to intervene were granted on October 25, 2007) and December 31, 2007 (for those whose motion to intervene was granted on October 29, 2007).

3.  Defendant filed the Administrative Record in this matter on October 26, 2007 [Docket No. 23], and the parties filed cross-motions for summary judgment on November 16, 2007 [Docket Nos. 37-42].  Pursuant to a stipulated schedule approved by the Court on October 24, 2007, oppositions from each party are due on December 7, 2007, whereupon briefing on all parties' motions for summary judgment will be complete.

4.  Given the press of litigation in this action, including the ongoing preparation of Defendant's opposition to the cross-motions for summary judgment of Plaintiff AmeriDream and Plaintiff-Intervenors, Defendant has not had sufficient time to prepare an answer to Plaintiff AmeriDream's complaint.  Further, requiring Defendant to answer that complaint at this time – or the complaints of Plaintiff-Intervenors at a later date – would serve no purpose, insofar as

judicial review on the parties' cross-motions for summary judgment is limited to the Administrative Record, which has previously been filed.

    5.    On the basis of the foregoing, Defendant respectfully requests an extension of time to answer Plaintiff AmeriDream's complaint, if necessary, until after the Court has resolved the parties' pending cross-motions for summary judgment. In addition, to the extent Defendant would be required to answer the complaints of Plaintiff-Intervenors at a later date prior to the Court's disposition of the pending cross-motions for summary judgment, Defendant respectfully requests a similar extension until after disposition of the motions.

Dated: November 30, 2007

Respectfully submitted,

Jeffrey S. Bucholtz
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

 /s/ Christopher R. Hall
MICHAEL SITCOV
TAMARA L. ULRICH
CHRISTOPHER HALL
ROBERT J. KATERBERG
SCOTT RISNER
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4778
Fax: (202) 616-8470

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED, )<br>  )<br>    Plaintiff, )<br>  )<br> and )<br>  )<br>GENESIS FOUNDATION, <u>et al.</u>, )<br>  )<br>    Intervenors, )<br>  v. )<br>  )<br>HON. ALPHONSO JACKSON )<br>SECRETARY OF THE UNITED )<br>STATES DEPARTMENT OF )<br>HOUSING AND URBAN )<br>DEVELOPMENT, )<br>  )<br>    Defendant. )<br>  ) | Civil Action No. 07-1752 (PLF) |

**[PROPOSED] ORDER**

Based upon the reasons set forth in Defendant's Consent Motion to Extend Time to Answer Complaints of Plaintiff and Plaintiff-Intervenors, it is hereby ORDERED that the time for filing Defendant's answers, if necessary, is extended to and including _____ days after the Court's disposition of the parties' cross-motions for summary judgment.

Done this _____ day of _____, 2007.

_____
Honorable Paul L. Friedman
U.S. District Judge