## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

_____
)
**AMERIDREAM, INCORPORATED,** )
**THE GENESIS FOUNDATION,** )
**HOME DOWNPAYMENT GIFT** )
**FOUNDATION, THE SOVEREIGN** )
**GRANT ALLIANCE, THE FUTURE** )
**HOME ASSISTANCE PROGRAM, and** )
**PARTNERS IN CHARITY, INC.** )
)
         **Plaintiff,** )
)
    **v.** )       **Civil Action No. 07-1752 (PLF)**
)
**HON. ALPHONSO JACKSON** )
**SECRETARY OF THE UNITED** )
**STATES DEPARTMENT OF** )
**HOUSING AND URBAN** )
**DEVELOPMENT,** )
)
       **Defendant.** )
_____

### PARTNERS IN CHARITY, INC., FUTURES HOME ASSISTANCE PROGRAM AND SOVEREIGN GRANT ALLIANCE'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

       Partners in Charity, Inc. ("PIC"), Futures Home Assistance Program ("FHAP"), and Sovereign Grant Alliance ("Sovereign"), by and through undersigned counsel, respectfully oppose Defendant HUD's Motion for Summary Judgment and endorse the arguments and reasons set forth in AmeriDream's Opposition to Defendant's Motion for Summary Judgment and supporting Memorandum of Points and Authorities, and Genesis's and Home Downpayment Gift Foundation's Opposition to Defendant's Motion for Summary Judgment.

WHEREFORE, PIC, FHAP, and Sovereign respectfully request that the Court deny Defendant's motion for summary judgment, enter a permanent injunction barring HUD's enforcement of the Regulation, and provide all other appropriate relief.

Respectfully submitted,

/s/  David C. Merkin
David C. Merkin
DC Bar No. 435330
McMillan Metro, P.C.
1901 Research Blvd., Suite 500
Rockville, MD 20850
Tel. (301) 251-1180
Fax (301) 251-0447
dmerkin@mcmillanmetro.com

/s/  Jerome A. Tatar
Jerome A. Tatar
790 Frontage Road, Suite 218
Northfield, IL 60093
Tel. (847) 441-4318
Fax (847) 441-4319

/s/ Michael S. Rothman
Michael S. Rothman
Law Office of Michael S. Rothman
401 East Jefferson Street
Suite 201
Rockville, MD  20850
Tel. (301) 251-9660
Fax. (301) 251-9610
mike@mikerothman.com

Attorneys for Partners in Charity, Inc. and
Future Home Assistance Program and
Sovereign Grant Alliance

## CERTIFICATE OF SERVICE

I certify that on this 7th day of December 2007, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Lee T. Ellis, Jr.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036

Robert J. Katerberg
Michael Sitcov
Christopher R. Hall
Scott Risner
Tamara Lynn Ulrich
U.S. Department of Justice
20 Massachusetts Avenue, NW
Room 7224
Washington, DC  20530

Frank S. Swain
Baker & Daniels LLP
805 15th Street, N.W.
Suite 700
Washington, DC  20005

Tessa Laspia Frederick
Miles & Stockbridge, PC
10 Light Street, Suite 1200
Baltimore, MD 21202

Craig T. Enoch
Alejandro S. Valdes
Linda J. Burgess
Winstead P.C.
401 Congress Ave., Suite 2100
Austin, TX 78701

/s/ David C. Merkin