UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERIDREAM, INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>HON. ALPHONSO JACKSON<br>SECRETARY OF THE UNITED<br>STATES DEPARTMENT OF<br>HOUSING AND URBAN<br>DEVELOPMENT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1752 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFFS' JOINT PROPOSED SCHEDULE PURSUANT TO MINUTE
ORDER OF NOVEMBER 15, 2007

    Come now the plaintiff and intervenor plaintiffs in the case and for their joint proposed schedule pursuant to the Court's Minute Order of November 15, 2007, state as follows:

    Counsel for plaintiff AmeriDream, Incorporated will present oral argument on behalf of plaintiff and intervenor plaintiffs at the oral argument on January 8, 2007.  Counsel respectfully requests 25 minutes for the argument and 5 minutes for rebuttal.  Counsel for AnmeriDream, Incorporated appreciates the cooperation of counsel for the intervenor plaintiffs.

                        BAKER & HOSTETLER LLP

                        By:*/s/Lee T. Ellis, Jr.*
                            Lee T. Ellis, Jr. (3863)
                            Suite 1100
                            1050 Connecticut Avenue, N.W.
                            Washington, D.C.  20036
                            Tel:  202-861-1521
                            Fax:  202-861-1783
                            lellis@bakerlaw.com

                        Attorneys for Plaintiff

OF COUNSEL:

Lawrence H. Norton, Esquire
Womble Carlye Sandridge & Rice PLLC
1401 Eye Street, N.W.
7th Floor
Washington, D.C.  20005-2225
Tel:  202-857-4429
Fax:  202-261-0097
lnorton@wesr.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of December, 2007, a copy of the foregoing was filed and served pursuant to the Court's electronic filing procedures using the Court's CM/ECF System.

                        BAKER & HOSTETLER LLP

                        By:*/s/Lee T. Ellis, Jr.*
                            Lee T. Ellis, Jr. (3863)
                            Suite 1100
                            1050 Connecticut Avenue, N.W.
                            Washington, D.C.  20036
                            Tel:  202-861-1521
                            Fax:  202-861-1783
                            lellis@bakerlaw.com

                        Attorneys for Plaintiff