UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
PENOBSCOT INDIAN NATION, *et al.*,  )
                                    )
    Plaintiffs,                    )
                                    )
  v.                                )    Civil Action No. 07-1282 (PLF)
                                    )
UNITED STATES DEPARTMENT            )
OF HOUSING AND URBAN                )
DEVELOPMENT, *et al.*,              )
                                    )
    Defendants.                    )
_____)
                                    )
AMERIDREAM, INC.,                   )
                                    )
    Plaintiff,                     )
                                    )
  v.                                )    Civil Action No. 07-1752 (PLF)
                                    )
ALPHONSO JACKSON, Secretary,        )
United States Department of Housing and )
Urban Development,                  )
                                    )
    Defendant.                     )
_____)

### ORDER

    For the reasons set forth in the Opinion issued this same day, it is hereby

    ORDERED that the motion for summary judgment in Civil Action No. 07-1282 by the Penobscot Indian Nation, Penobscot Indian Nation Enterprises, and Global Direct Sales, LLC [28] is GRANTED; it is

    FURTHER ORDERED that the motion for summary judgment in Civil Action No. 07-1282 by the United States Department of Housing and Urban Development [30] is

DENIED; it is

FURTHER ORDERED that the motions for summary judgment in Civil Action No. 07-1752 by Freedom Home Baptist Church, Inc. and Dove Foundation, Inc. [37]; Genesis Foundation and Home Downpayment Gift Foundation [38]; Partners in Charity, Inc., Futures Home Assistance Program, and Sovereign Grant Alliance [39]; and AmeriDream, Inc. [42] are GRANTED; it is

FURTHER ORDERED that the motion for summary judgment in Civil Action No. 07-1752 by the United States Department of Housing and Urban Development [41] is DENIED; and it is

FURTHER ORDERED that the final rule entitled Standards for Mortgagor's Investment in Mortgaged Property, 72 Fed. Reg. 56,002 (Oct. 1, 2007) (codified at 24 C.F.R. § 203.19) is vacated and remanded to the United States Department of Housing and Urban Development. The Clerk of this Court shall remove Civil Action No. 07-1752 from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 5, 2008